## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **DONNA CHISESI, AS INDEPENDENT ADMINISTRATRIX OF THE ESTATE OF JONATHAN VICTOR, DECEASED,** | ) ) ) ) ) |
| **Plaintiff** | ) **CASE NO.: 1:19-cv-00221** |
| | ) |
| **v.** | ) ) |
| **MATTHEW HUNADY, in his individual capacity, as a Baldwin County, Alabama, Sheriff's Deputy, and HUEY HOSS MACK, in his Individual capacity, as the Sheriff of of Baldwin County, Alabama** | ) ) ) ) ) ) ) ) ) |
| **Defendants.** | ) |

## QUALIFIED HIPAA PROTECTIVE ORDER

The parties to this action are hereby granted the right, upon compliance with the applicable discovery provisions of the Federal Rules of Civil Procedure and the Orders of this Court, to obtain from any health care provider, health plan, or other entity covered by the Health Insurance Portability and Accountability Act of 1996, Pub. L. No. 104-191, 110 Stat. 1936 (1996) ("HIPAA"), any and all information relating to the past, present, or future medical and/or mental health condition of any individual who is a party to this action (or the decedent or ward of a party who sues in a representative capacity), as well as any and all information relating to the

provision of health care, to such individual and payment for the provision of such health care. In the event that a person sues in a representative capacity their personal medical records shall not be discoverable.

This Order authorizes any third party who is provided with a subpoena requesting the production of documents or commanding attendance at deposition or trial to disclose the Protected Health information in response to such request or subpoena. This Order is intended to authorize such disclosures under the privacy regulations issued pursuant to HIPAA 45 C.F.R. § 164.512(e)(1)(i).

The parties are expressly prohibited from using or disclosing the protected health information obtained pursuant to this order for any purpose other than this action. Further, the parties are ordered to either return to the covered entity from whom or which such protected health information was obtained, or to destroy the protected health information (including all copies made), immediately upon conclusion of this action. See 45 C.F.R. §§ 163.502(b); 164.512(e)(1)(v).

DONE and ORDERED this 19th day of ___Sept.___, 2019.

William Cassady

Digitally signed by William Cassady
DN: cn=William Cassady, o=United States District
Court, ou=United States Magistrate Judge,
email=william_cassady@alsd.uscourts.gov, c=US
Date: 2019.09.19 10:44:51 -06'00'

_____
UNITED STATES MAGISTRATE JUDGE