### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **DONNA CHISESI, AS INDEPENDENT ADMINISTRATRIX OF THE ESTATE OF JONATHAN VICTOR, DECEASED,** ) ) ) ) | |
| **Plaintiff** ) ) | **CASE NO.: 1:19-cv-00221-C** |
| v. ) ) | |
| **MATTHEW HUNADY, in his individual capacity, as a Baldwin County, Alabama, Sheriff's Deputy, and HUEY HOSS MACK, in his individual capacity, as the Sheriff of Baldwin County, Alabama** ) ) ) ) ) ) | |
| **Defendants.** ) | |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COME NOW, Defendants Matthew Hunady and Huey Hoss Mack, pursuant to Fed. R. Civ. P. 56, and moves this Court to grant them summary judgment based upon the arguments contained in Defendants' Memorandum Brief in Support of Summary Judgment and the following:

1. Count I for wrongful death under 42 U.S.C. § 1983 is not a viable claim.

2. Count III based upon *Monell* liability is inapplicable against Sheriff Mack.

3. Plaintiff cannot meet the burden of showing § 1983 liability against Sheriff Mack based upon his status as a supervisor.

4. Deputy Hunady's use of force was objectively reasonable under the Fourth Amendment.

5. Deputy Hunady and Sheriff Mack are entitled to qualified immunity.

6. Deputy Hunady and Sheriff Mack's actions were not in violation of clearly established law.

Respectfully submitted this 4th day of January, 2021.

        **/s/J. Randall McNeill**
J. RANDALL MCNEILL (ASB-4841-E29J)
FRED L. CLEMENTS, JR. (ASB-5682-R39C)
Attorneys for Defendants Sgt. Matthew Hunady
and Sheriff Huey "Hoss" Mack.
WEBB MCNEILL WALKER PC
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama 36124
(334) 262-1850 – T
(334) 262-1889 – F
rmcneill@wmwfirm.com
fclements@wmwfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 4th day of January 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jack Samuel Tenenbaum
Northwestern Pritzker University School of Law
375 E. Chicago Ave.
Chicago, IL 60611
(312) 953-7185 T
s-tenenbaum@law.northwestern.edu

        **/s/J. Randall McNeill**
        OF COUNSEL