# EXHIBIT 1

| **Rosinton Volunteer Fire & Rescue**<br>Station: **2** | Location:<br>60 Interstate 10 E<br>Robertsdale AL 36567 | Incident Type:<br>**322 - Motor vehicle accident with injuries** |
|---|---|---|
| | Lat/Long:<br>N 30° 34' 42.24"<br>W 87° 26' 13.39"<br><br>Location Type: **1 - Street address** | EMSID: **00537**<br>FDID: **00537**<br>Incident #: **2017-198**<br>Exposure ID: **24848671**<br>Incident Date: **05/12/2017**<br>Dispatch Run #: **981523** |

| Report Completed by: | Shambo , Michael A | ID: 6307 | Date: 05/13/2017 |
|---|---|---|---|
| Report Reviewed by: | Shambo , Michael A | ID: 6307 | Date: 05/13/2017 |
| Report Printed by: | Shambo, Michael A | ID: 6307 | Date: 9/5/2017  Time: 17:27 |

| Aid Given or Received: | None | Primary action taken: | 82 - Notify other agencies. |
|---|---|---|---|
| Total # of apparatus on call: | | 2    Total # of personnel on call: | 3 |

### NARRATIVE

Paged out for an auto accident with unknown injuries at location above via E-911. While en route we were advised that the vehicle had wrecked in the median side of the road and that it was silver in color. 6330 arrived on scene and 6304 tried to check the guy for injuries but the patient had barricaded himself in the vehicle and refused to talk with fire. 6304 did notice a good bit of blood on the patients arm and that he had a towel in his lap that the patient was fiddling with and hiding his hands under. At this time 6304 requested for bcso or ast to respond 10-17 due to potential individual has a weapon. The med unit arrived on scene even though it was told to Baldwin central scene was not safe. Med unit stated they never received that information from Baldwin central. 6304 also observed the individual messing around in the back seat of the car but was unable to determine what he was doing due to he pulled himself away from the scene and was behind the Engine for safety. Once bcso arrived on scene the scene was turned over to them and all units stayed behind cover. Bcso shot the patient. 6304 requested aircare launch due to gsw. The individual was then in the care of medstar paramedics on scene. Bcso has a statement from each individual that was on scene that witnessed what all happened. Station 65 was requested to due traffic control at the 49 exit due to interstate going to be shut down for some time so that the investigators can do their job with the crime scene. Once everything was cleared up we returned to service and left bcso with everything else on scene.

**Narrative from dispatch:**

Creating incident of type Auto Accident with priority of 3 at Location: I-10 EB 60 MM MEDIAN SIDE No cross streets identified ESN 163 SILVER SUV ESN 163 Dispatching station STA63 to incident #981523 with status Dispatched Dispatching station STA3 to incident #981523 with status Dispatched UNK INJURIES Dispatching unit MED3 to incident #981523 with status En Route DT TO AST IN THE WOOD LINE IN THE MEDIAN 9119731256 Dispatching unit 6304 to incident #981523 with status En Route IN THE MARSH AREA...ONE OCCUPANT, BLEEDING BUT SAYS HES OK, ADVISED HIM WERE SENDING A MED UNIT TO CHECK ON HIM UPDATED 6304 Dispatching unit 6330 to incident #981523 with status En Route Dispatching unit 6330 to incident #981523 with status On Scene 6304 REQ BCSO AND ETA OF AST ADVISED BCSO 6304 ON THE PHONE ADV THIS GUY IS ETOH ALSO NEED TRAFFIC CONTROL DT TO BCSO AST ADVISED UKNOWN ETA THEY ARE ON SCENE OF A FATALITY WRECK THEN HAVE TO GO TO 181 Dispatching unit MED3 to incident #981523 with status On Scene PER 6304 PT HAS BARRICADED HIMSELF IN THE VEHICLE DOESNT WANT FIRE DEPT TO MAKE CONTACT WITH HIM MED3 REQ ETA OF OFFICER I ADV HIM BCSO ENROUTE AND AST NO ETA ADVISED BCSO THEY HAVE 3 UNITS EN ROUTE UNSURE IF ITS A WEAPON ADV BCSO INFO FROM STA63 HE IS REFUSING TO COMPLY AND HAS SOMETHING IN HIS LAP AND ITS COVERED IN BLOOD PER IC DRIVER HAS CLIMBED INTO THE BACK SEAT AND HAS GRABBED SOMETHING TAG YPX858 LOUISIANNA SILVER BMW BCSO MINS ADVISED MED3 OF ALL INFO FOR THEIR SAFETY, THEY ADVISED THEY ARE STANDING NEXT TO 6304, AWARE OF SITUATION BCSO 5 MINS OUT PER 6304----PT IS NOW TALKING TO HIMSELF AND HAVING ALTERED MENTAL STATUS BCSO ADV PER 6304...BCSO IS ARRIVING ON SCENE AT THIS TIME' PER 6304...BCSO IS ON SCENE PER I 10 EB IS SHUT DOWN Dispatching unit 6336 to incident #981523 with status En Route PER 6304-----SCENE TURNED OVER TO BCSO Clearing unit 6336 from incident #981523 with status Available Clearing unit 6304 from incident #981523 with status Available Clearing unit 6330 from incident #981523 with status Available 6304 ON Dispatching unit 6330 to incident #981523 with status On Scene Dispatching unit 6336 to incident #981523 with status On Scene 6304 REQ HELICOPTER FOR GSW PER 6304---LAUNCH AC1....GSW CALLING AIRCARE1 REQ TO LAUNCH AIRCARE1 CHECKING WEATHER Dispatch station notification successfully sent to: incidents@baldwin911.org, 2515048495@vtext.com, 2517476688@txt.att.net, 2516096762@txt.att.net, 2517478055@txt.att.net, 8679-qLmDSfW6TJYqv4cm@alert.active911.com,

2517522010@vtext.com, 2516096761@txt.att.net, 2515862307@txt.att.net, 2519796209@vtext.com, 2517527245@txt.att.net, 9544483775@myboostmobile.com, 2515041606@vtext.com, 2519793629@vtext.com, 2512690173@vtext.com, 2519797797@vtext.com, 2512848210@txt.att.net, 2512286790@txt.att.net, 2519795832@vtext.com, 2517513435@txt.att.net, 2516009172@txt.att.net, 2516050643@txt.att.net, 2519795831@vtext.com, 2519799439@txt.att.net, 2512131212@txt.att.net, 2516009126@txt.att.net. Dispatching station STA65 to incident #981523 with status Dispatched Unknown command input 6504 ACKD PAGE AIRCARE1 ADV LAUNCHING WILL ADV ETA 6504 ACKD PAGE REQ PT WEIGHT PT WEIGHT 180-200 LBS PER 6304--HAVE STA65 SHUT DOWN I-10 EAST BND AT THE 49 EXIT)BALDWIN BEACH EXPRESS) BCSO REQ TRAFFIC ASSISTANCE AS WELL, ADV HER THAT STA63 REQ TOO AND WE ARE SENDING STA65 TRYING TO GET ETA 7 MIN ONCE THEY LIFT //LZ WILL BE ON I-10 EAST BND AT THE 59MM PER 6304 Unknown command input 6304 HAS LZ COMMAND 6304 HAS LZ COMMAND AST UPDATED PER MED UNIT-- TELL AIRCARE 3 GSW---2 ABD AND 1 LEG AIRCARE ADV AIRCARE CALLED ON EAST, ADV ER WITH 7 MIN AIRCARE ADV 4 MIN ETA ADV 6304 PER LZ COMMAND SHORT FINAL Dispatching unit FH991 to incident #981523 with status En Route Clearing unit FH991 from incident #981523 with status Available DISREGARD FH991 NOTES PER BCSO LET FD KNOW TO KEEP THE HWY SHUT DOWN THEY ARE GOING TO REROUTE TRAFFIC BACKWARDS TO THE CUT THROUGH PER 6304 AIRCARE SAFELY IN THE AIR Clearing unit 6336 from incident #981523 with status Available Clearing unit MED3 from incident #981523 with status Available Clearing unit 6330 from incident #981523 with status Available STA65 ASKING IF THEY CAN RELEASE TRAFFIC PER AST I10 IS OPEN AT THIS TIME ADVISED 6504 STA65 BACK IN SERVICE Closing incident #981523 of type Auto Accident and priority of 3 with a disposition of Incident Complete

| **APPARATUS** | | | |
|---|---|---|---|
| **Unit** | 6330 | **Unit** | 6336 |
| **Type:** | Engine | **Type:** | Brush truck |
| **Use:** | Suppression | **Use:** | Suppression |
| **Response Mode:** | Lights and Sirens | **Response Mode:** | Lights and Sirens |
| **# of People** | 2 | **# of People** | 1 |
| **Alarm** | 05 /12/2017 16:52:54 | **Alarm** | 05 /12/2017 16:52:54 |
| **Dispatched** | 05 /12/2017 16:52:54 | **Dispatched** | 05 /12/2017 16:52:54 |
| **Enroute** | 05 /12/2017 16:59:11 | **Enroute** | 05 /12/2017 17:35:06 |
| **Arrived** | 05 /12/2017 17:10:11 | **Arrived** | 05 /12/2017 17:44:05 |
| **Cancelled** | -- / -- / -- -- : -- : -- | **Cancelled** | -- / -- / -- -- : -- : -- |
| **Cleared Scene** | 05 /12/2017 21:30:00 | **Cleared Scene** | 05 /12/2017 21:30:00 |
| **In Quarters** | -- / -- / -- -- : -- : -- | **In Quarters** | -- / -- / -- -- : -- : -- |
| **In Service** | 05 /12/2017 21:30:00 | **In Service** | 05 /12/2017 21:30:00 |
| **Number Of People not on apparatus:** 0 | | | |

| CUSTOM FIELDS FORM | |
|---|---|
| Is this call related to a motor vehicle or off-road vehicle accident? If yes, complete next field. | Yes |
| What is the VIN# of vehicle 1? | |
| What is the Insurance company for vehicle 1? | |
| What is the policy number for the insurance on vehicle 1? | |
| If driver and insurance are different what is the address and owner name on the insurance card? | |
| What is the Tag # of vehicle 1? | YPX858. LA |
| What is the driver License # for vehicle 1? | |
| If an 18-wheeler what is the DOT # for vehicle 1? | |
| What is the trucking company name? | |
| What is the trucking company phone #? | |
| What is the trucking company address? | |
| What is the trailer tag # | |
| What is the vin of vehicle 2? | |
| What is the Insurance company for vehicle 2? | |
| What is the policy # of vehicle 2 | |
| Address and owner on insurance? | |
| what is the tag # of vehicle 2? | |
| Driver's license # of vehicle 2? | |
| What is DOT # of vehicle 2? if an 18-wheeler. | |
| Trucking company name? | |
| Trucking company phone #? | |
| Trucking company address? | |
| Trailer tag# | |
| What is the vin of vehicle 3? | |
| What is the Tag # of vehicle 3? | |
| What is the driver License # for vehicle 3? | |
| What is the Insurance company for vehicle 3? | |
| What is the policy number for the insurance on vehicle 3? | |
| Address and owner on insurance? | |
| Amount of water used? | |

## PERSONNEL ON CALL

| Name | Personnel Rank | Role(s) | Apparatus |
|---|---|---|---|
| Means, Dennis A | Firefighter | | 6336 |
| Stockton, Brandi | Firefighter | | 6330 |
| Tobias, Michael | Captain | | 6330 |

Member Making Report (Firefighter Michael A Shambo): _____

Supervisor (Firefighter Michael A Shambo): _____