# EXHIBIT 2

Brandi Stockton

23270 County Road 64

Robertsdale, Al. 36567

Cell 580.743.0184

Rosinton Volunteer Fire Fighter

Report Taken By: Bill Cowan

Date: May 12, 2017

I took a statement from Brandi Stockton on the afternoon of May 12, 2017. This was on I-10 near the 60 mile marker and in relation to an officer involved shooting by a Baldwin County Sheriff Deputy and the suspect Jonathan David Victor, white male with a date of birth of 6/6/1981.

Stockton was on Rosinton Volunteer Fire truck engine 6330. They were dispatched to the area of the 60 mile marker on I-10 east bound for a possible traffic accident. She was on this firetruck with Michael Tobias and they arrived on scene at 1710 hours. Stockton told me the following…

- Suspect was in his car with the windows rolled up when they arrived
- Two people in a white van had already stopped to assist as well as an Army recruiter
- Stockton and Tobias walked to the suspect car and she sees the suspect apparently telling them to go away and indicating he did not want to talk
- She said the suspect seemed "spaced out" and "wide eyed" the whole time and that the suspect seemed to be talking to himself as well as laughing to himself
- The suspect leaned over into the back seat and retrieved a "bag or something" from his back seat and then continued to check his doors to make sure they were locked
- Fearing the suspect had retrieved a weapon all persons retrieved behind the white van to wait for sheriff's office to arrive
- The subjects strange activity continued until the sheriff arrived and he continued to watch them
- When BCSO deputies arrived they moved Stockton and the rest of the group back from the scene and beside a BCSO Chevy Tahoe
- From the position she was moved too she heard deputies giving commands to the suspect
- BCSO deputies asked her and Tobias to shut their firetruck engine off which Tobias did
- She continued to hear commands from the deputies to the suspect that she understood to mean "come out" and put your hands up"
- From her position she peeked around the firetruck once and saw the suspect with something wrapped around his hand which she thought could have been a gun and that the suspect was pointing it at the officers
- She said to her the commands seemed to go on for a long time as much as 10-15 minutes
- The commands continued right up until the point she heard the shooting start and the commands were "put your hands up" and "put it down"
- She heard the shots and thought it may have been 3 shots
- After the shots she said everybody ran to the suspect to render aid
- He had wounds to his right thigh and center of his abdomen

- Work continued right up until he was flown from the scene on a helicopter
- During the entire incident she never heard the suspect say anything

# VOLUNTARY STATEMENT

*White van*

DATE: 4-12-17　TIME:　LOCATION: Interstate 10 Mile Marker 59　CASE#:
NAME: Donald Wayne Alumbaugh　D.O.B.- 4-8-67　SS#: 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
RACE: White　SEX: Male　HT: 6'00　WT: 145　EYES: Blu　HAIR: Red　AGE: 50
ADDRESS: 9962 Muscogee Rd Milton Fl 32583　PH: 850-377-1222 Cell
　　　　　　　　　　　　　　　　　　　　　　　　　PH: 850-377-1196 Cell
EMPLOYER: Self
EMPLOYER ADDRESS: 9962 Muscogee Rd Milton Fl
BIRTHPLACE:　　　　　　　　　DL#:

Wendy Kay Alumbaugh

We was leaving Wilcox exit came upon a BMW slide off the side of Road. Went to check to see if anyone was hurt. A guy was in the car pass out with foot on gas. Yelled at him he finally looked up at us. Went to the window to check on him. He rolled window up and locked the doors and yelled to get away from his car. Called the cops and ambulance. Fire truck came they tried to get him out of car but he refused to get out. While we was waiting on the cops to get here he was going back and forth to the front seat to the back seat. When the cops showed up they order him to get

This statement was completed at 1830 hrs on the 12th day of May, 2017.

_Signature of person giving statement_

WITNESS: CPL. [illegible] W [illegible]　DEPT: BCSO
WITNESS: Daniel Middleton B69　DEPT: BCSO

PAGE 1 OF 2

REV 0604

# VOLUNTARY STATEMENT

| DATE: | TIME: | LOCATION: | CASE#: |
|---|---|---|---|

| NAME: | D.O.B.- | SS#- |
|---|---|---|

| RACE: | SEX: | HT: | WT: | EYES: | HAIR: | AGE: |
|---|---|---|---|---|---|---|

ADDRESS:                                                             PH:

EMPLOYER:                                                            PH:

EMPLOYER ADDRESS:

BIRTHPLACE:                            DL#:

out of the car with with his hands up. They order him about six or seven times. Seen him got out of the car coming up the ditch. Looked like he had something in his head hands. They cop order him to put his hand up and lay down. But he was running towards them ~~drop~~ Then the cop fired at him. Looked like he was trying to shoot at the cops.

WRITTEN BY: Wendy Alumbaugh

Wendy Alumbaugh

This statement was completed at 1830 hrs on the 12TH day of MAY, 20 17.

_____
Signature of person giving statement

WITNESS: CPL. [illegible] W [illegible]    DEPT: BCSO
WITNESS: Dep. D. Middleton  B69    DEPT: BCSO

REV 0604                                                    PAGE 2 OF 2

LEAD NUMBER: 7

# LEAD SHEET

_____
INCIDENT NUMBER

## Lead Information

Received By: Phillips  Date: _____  Time: _____

Name: _____  DOB: _____

Address: _____

Home TX: _____  Work TX: _____

Pager #: _____  Cell TX: _____

Subject: Interview witnesses

Comments: _____

Investigator Assigned: Phillip  Date: 05/12/17  Time: 1845

Lead Cleared? Yes [✓] No [ ]  Date: 05/12/2017

Comments: Written statements Attached. Also Lead Sheet 10 Attached

Additional Leads Developed: N/A

Copyright © 2001, Imprimus Forensic Services, LLC - This form may be reproduced for law enforcement purposes only.  Get this form at www.imprimus.net

On 05/12/2017 at approximately 1800 Hrs I, Lt. Doug Phillips, was called out to assist with the investigation of an officer involved shooting on Interstate 10 near the 60 mile marker east bound. Upon arrival I met with Capt. Jud Beedy and was assigned to conduct several interviews of witnesses and deputies on scene. The accounts of those interviews are as follows:

Donald Wayne Alumbaugh

Mr. Alumbaugh advised he and his wife, Wendy Kay Alumbaugh, were eastbound on I-10 near the 59 mile marker and observed a silver BMW SUV in the ditch in the median that appeared to have crashed. Mr. Alumbaugh stated he stopped to provide assistance and as he approached the BMW noticed the driver appeared unconscious still pressing the gas pedal of the vehicle and a cigarette still burning in his lap. Alumbaugh also noticed the driver's hand was wrapped in what appeared to be a towel like cloth. Mr. Alumbaugh advised he yelled at the driver and the driver looked up. As he approached, Alumbaugh stated the driver rolled up the window and locked the doors to the BMW. Alumbaugh stated the driver was yelling to get away from his car. Alumbaugh advised he called emergency personnel and, upon arrival, the fire department again attempted to speak with the driver who refused to get out of the vehicle. Alumbaugh advised prior to Law Enforcement's arrival the driver was moving from the front to the rear of the vehicle. He advised when deputies arrived they attempted numerous times to direct the driver out of the vehicle and to show them his hands. Alumbaugh stated when the driver did exit the vehicle from the passenger side it appeared he had a gun and was advancing on the deputies. Alumbaugh advised the deputies told the driver many times to put his hands up and lay on the ground and the subject then was running towards them making motions like he was shooting when the deputy shot him. Alumbaugh advised he was positioned east of the scene near the front of the ambulance and had a vivid vantage point of the entire incident. His written statement with identifying and contact information is included.

Jorge Gutierrez

Mr. Gutierrez advised he and his family was traveling on I-10 and was stopped by Law Enforcement in the roadway at the incident location. He stated he was told to back up away from the scene as much as possible due to the danger of being "in the line of fire". Gutierrez related he saw the wrecked vehicle and driver in question and that the subject appeared to be in a panic. Gutierrez stated when the man exited his vehicle he "was armed" referring to a weapon. He advised the subject was turning toward the deputies and then toward him and his family. Gutierrez stated the man continued to approach the deputies and he lost sight of him. Gutierrez stated he then heard several shots. Gutierrez advised he took a cell phone video of the incident which was recovered at the scene and his written statement with his identifying and contact information is included.