# EXHIBIT 4

# OIS 05/12/2017

## 17-003

Chad Lambert

Baldwin County MCU

**MCU Investigators:**

Jud Beedy (Daphne PD)

Chad Lambert (Gulf Shores PD)

Jason Woodruff (Gulf Shores PD)

Bill Cowan (Gulf Shores PD)

Glen Hartenstein (Foley PD)

Rex Bishop (Robertsdale PD)

James Rivers (Daphne PD)

Brock Palmer (Orange Beach PD)

Lisa Johnson (Orange Beach PD)

**Deputy (Shooter) Involved:**

Matt Hunady (Baldwin County SO)

**Victim:**

Jonathan David Victor (W/M 06/06/1981 LA 007367328)

**BCSO Deputies on scene at the time of the shooting:**

Ben Burke

Daniel Middleton

Nathan Lusk

Zachary Dinkins

Andrew Harville

Erik Von Bergen

John Garner

Stephanie Pilkington

**BCSO Deputies arrived after the shooting:**

Cpl. Mike Walker

Dep. J King

Dep. K Stoffle

Sgt. T Bookout

Dep. A Welch

Dep. J Thompson

Maj. Middleton

Lt. T Nolfe

Capt. Arthur

Capt. King

Sgt D Steelman

CSI Cassy Linville

Sheriff Mack

**Alabama State Trooper on scene:**

Greg Eubanks

**Medics and Fire on scene:**

Blythe Reid (Medstar Ambulance) 601-757-2032

Michael A Shambo (Medstar Ambulance) 251-609-3978

Brandi Stockton (Rosinton Fire) 580-743-0184

Michael Tobias (Rosinton Fire) 251-751-9898

Stephen Crossland (Medstar Ambulance) 251-747-6114

Jason Felks (Medstar Ambulance) 251-213-3427

Dennis Means (Rosinton Fire)

**Civilian Witnesses:**

Donald Wayne Alumbaugh (W/M 04/08/1967 SOC 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)

Wendy Kay Alumbaugh (No other information)

    9962 Muskogee Rd

    Milton, FL 32583

    850-377-1196

Jorge Gutiererez (H/M 06/30/1983 SOC 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)

Graciela Zaragosa (Wife of Jorge Gutierrez)

    3333 Turtle Creek Drive #828

    Port Arthur, TX 77642

    914-374-5807

Joseph A Dejoie III (W/M 12/07/1957)

    5745 Leesway Blvd

    Pensacola, FL 32504

Matthew Findley (W/M 02/11/1987 SOC 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)

    13110 County Rd 93

    Lillian, AL 36549

    251-269-9682

**Narrative:**

On 05/12/2017 around 1819 hours I was contacted by Jud Beedy with the Baldwin County Major Crimes Unit to assist in an Officer involved shooting investigation on I-10, Eastbound near the Florida Line. The agency involved was the Baldwin County Sheriff's Office and an unknown W/M at the time of the Beedy's call. I arrived on scene around 1915 hours and met with Jud Beedy. Beedy told me I would be the lead investigator for the shooting. Beedy then gave me a brief description of what had occurred. It was at this point that Beedy told me that the Deputy involved was Matt Hunady. As I looked around the scene I could see a Gray BMW SUV in the in ditch nearest to the inside lane of I-10 Eastbound. There

was a full size white van in the inside emergency lane nearby. A Rosinton VFD Fire truck and a Medstar ambulance nearby as well. There were also several items in the scene that had been marked with yellow markers, along with medical equipment used to treat the wounded. The scene was being processed by Jim Rivers of Daphne PD. Victor had been transported to the hospital before my arrival. After getting the brief description of what happened and looking over the scene, Beedy and I began to assess what had been done, and what needed to be done. Beedy and I decided to let Rivers continue with scene processing. Next, we had assisting MCU Investigators begin getting statements from all involved except for Hunady. Doug Phillips, Jason Woodruff, Bill Cowan, and Glen Hartenstein began getting statements from medical and fire as well as the Deputies that did not shoot. I had Rex Bishop begin speaking with any witnesses on the interstate who might have taken video of the incident on a phone or other device. After all of the statements from the scene were taken, all of the MCU members gathered for a brief meeting near the scene while Rivers continued to process the scene. While meeting with the MCU members we decided to meet on 05/16/2017 at 0900 hours to follow up on what we had, and what we needed to continue our investigation. While at our meeting we reviewed the crime scene photos that were taken by Rivers and body cam videos that were retrieved by Rex Bishop between 05/12 and 05/16. The photos were of the scene, Jonathan David Victor's vehicle (which a search warrant was obtained by Bishop and Rivers), and of the autopsy. While looking at the photos we were able to see what Jonathan David Victor had in his hands at the time of the shooting. It appeared to be a shirt, or jacket and a fanny pack. This was confirmed by Rivers. We could also see a fair amount of blood inside the vehicle that was driven by Jonathan David Victor. While continuing to view the photographs and videos we were also able to see the autopsy photographs. These were retrieved by Jim Rivers who attended the autopsy on 05/13/2017. During the review of the autopsy photographs it was pointed out by Rivers that Jonathan David Victor had cuts on his wrists. There were several minor cuts running up and down the wrists and what appeared to be puncture marks near the hands on both wrists. Since the shooting took place well outside of Jonathan David Victor's vehicle there was question of where the blood inside of his vehicle came from. After hearing from Rivers and seeing the photographs from the autopsy and the scene it is believed that the cuts and punctures to the wrists were self-inflicted by Jonathan David Victor while he was still inside the vehicle, prior to the shooting. After viewing the photographs from the scene and autopsy we began to watch the body cam and in car videos. During the videos I could hear multiple deputies ordering Jonathan David Victor out of the vehicle. Their commands were clear. I could also hear Hunady as well as other deputies talk about how Jonathan David Victor was moving around inside the vehicle and not exiting. After about 15 minutes, Jonathan David Victor exited the vehicle in an aggressive manner. In Hunady's in car camera I could see Jonathan David Victor standing with his feet about shoulder width apart, his hands together with something in them. In my training and experience he appeared to be in a shooting stance. While in this stance he was scanning and pointing in the direction of the deputies. The deputies, including Hunady were continually giving him verbal commands to "get on the ground" and drop "it". Jonathan David Victor did not comply with any of these commands. I could then see in the video that he began moving towards the area of Hunady. Hunady began saying "don't do it" at least 3 times. During the 3rd time you can hear 4 shots. I could not see the shooting itself because of the camera angles on the body cameras and the Rosinton Fire truck was blocking Hunady's in car camera. During this event EMS was on the scene and able to render immediate aid to Jonathan David Victor. Hunady assisting Medstar medics in the treatment of Jonathan David Victor. This concluded the videos.

After reviewing and discussing the information we had on hand, myself and Beedy began assigning new leads. I had Lisa Johnson follow up with any dispatch (BCSO and E911) audio and also radio logs from the respected agencies. This was completed and returned to me. I then had Glen Hartenstein take the video from Jorge Gutierrez and have he and his wife's conversation translated into English. This was completed and returned to me. I assigned Lisa Johnson to find any criminal, driver history, and doctor history that she could find on Jonathan David Victor. Johnson was also assigned to locate any social media that may belong to Jonathan David Victor. No social media was located. These leads were completed and returned to me. Between the time of the shooting and our first meeting together, Beedy had some communication with the family of Jonathan David Victor. I had Beedy continue this dialog with them. Doug Phillips was assigned lead #4, which was to get the crash report and any video that Trooper Greg Eubanks had taken at the scene. This was completed and returned to me. I then assigned Lead #21 to Brock Palmer. This lead was to follow up with witness Joseph A Dejoie. There was a statement as well as a video obtained by Palmer and returned to me. During the search of Jonathan David Victor's vehicle several electronic media items were retrieved. There were cell phones, tablets, thumb drives, and a digital voice recorder. A separate lead was generated for Bishop and Rivers to follow up with a potential search of these items.

05/16/2017 Beedy and I interviewed Deputy Matt Hunady at the Robertsdale SO. Hunady had his attorney, David York, of Coumanis and York, out of Daphne, AL present with him during questioning. Hunady invoked his right to remain silent and did not make any comments. A video of this was obtained for the case file.

As of 06/28/2017 Beedy had lost contact with Jonathan David Victor's family and their attorney. After a discussion between myself, Beedy, and the Baldwin County DA's office, it was decided that no further contact with the family would be initiated by us.

On 07/24/2017 I received the final autopsy report from Alabama Department of Forensic Sciences.

On 08/04/2017 I received and email from James Rivers that his CSI report will be completed on 08/14/2017.




# Baldwin County Sheriff's Office

310 Hand Ave. Bay Minette, Al 36507
Office (251)937-0202

Case Number: 17-1860

From: Deputy Daniel Middleton

Date: May 13, 2017

    On May 12, 2017 I, Deputy Daniel Middleton, responded as a backing unit to Interstate 10 near the 59 mile marker for a noncompliant male possibly intoxicated. While en route dispatch advised that the male was possibly armed and acting irrational with fire and medical persons and would not exit the vehicle. Upon my arrival I observed a gray BMW crossover in the ditch located on the north side of the east bound lane of the interstate. Sergeant Nathan Lusk advised he was going to attempt to gain a better visual by flanking the vehicle from the north side. I advised Sergeant Lusk that I would assist and went back to my patrol unit to retrieve my service shot gun. Once at my vehicle I heard other Deputy's advising that the male was exiting the vehicle, I turned to see the male standing near the open door of the vehicle with something in his hand pointing towards the Deputy's position. I ran back closer to him taking cover on the south side of a fire truck located adjacent to the males vehicle, I attempted to gain a visual from under the fire truck. While moving into position I heard several voice commands advising the male to drop what was in his hand. I was unable to gain a clear visual and moved to the front of the fire truck, Corporal Matt Hunady was located in the same area. I positioned myself off to the side and behind Corporal Hunady using the fire truck as cover, as the male came back into view I again observed that male holding something that appeared to be wrapped around his (Right) hand after several more verbal commands from Corporal Hunady the male made an advancement towards Corporal Hunady and I in a threating manor. Corporal Hunady moved between me and the male firing about four rounds from his rifle, striking the male. I attempted to shift for a clear shot and once a clear shot was obtained the male was down and the item was no longer in his hand. The male was detained and the vehicle was subsequently cleared. The medical personnel started working him. Corporal Hunady assisted the medical personnel and handed his rifle off to Corporal Garner. I took possession of Corporal Hunady's rifle securing it in his vehicle. I then placed four orange gloves near the spent rifle casings that were in view marking the evidence.

    A short time later I spoke with the witness Donald Wayne Alumbaugh that had originally contacted the suspect. Mr. Alumbaugh stated that he could not write and asked if his wife could write the statement. I advised Mr. Alumbaugh that would be fine. Once Mrs. Alumbaugh completed the statement I read the statement back to Mr. Alumbaugh he agreed all of the information was correct. I turned the statement over to Sergeant Bookout and the statement was later turned over to the Major Crime Scene Task Force.

Deputy Daniel Middleton

MAY 12, 2017

INCIDENT ON I-10

CASE # 17-1860

ON 5/12/2017 AROUND 17:12 DISPATCH RECEIVED A CALL OF AN AGENCY ASSIST ON INTERSTATE 10 AROUND THE 60 MILE MARKER. THE CALL WAS ABOUT AN INTOXICATED MALE THAT WAS WRECKED OUT ON THE SIDE OF THE ROADWAY. THE CALL WAS ASSIGNED TO DEPUTY DINKINS. WHILE IN ROUTE WE GOT MORE UPDATED INFORMATION FROM WITNESSES AND THE FIRE DEPARTMENT. THEY STATED THAT THE SUBJECT WAS ACTING ERRATIC AND NOT COMING OUT OF HIS VEHICLE. ONE CALLER STATED THAT THE SUBJECT HAD SOME TYPE OF WEAPON. BASED ON THESE FACTS I DECIDED AS THE SERGEANT ON DUTY TO SEND ADDITIONAL UNITS TO ASSIST. CPL HUNADY, DEPUTY HARVILLE, DEPUTY VON BERGEN, DEPUTY MIDDLETON, AND SGT. NATHAN LUSK HEADED TO TO THE CALL AS BACK-UP. I ALSO STARTED RESPONDING TO THE SCENE WITH CPL. GARNER AND DEPUTY PILKINGTON.

WHILE EVERYONE WAS ON THE WAY, WE RECEIVED INFORMATION ON THE LOUSIANA LICENSE PLATE ATTACHED TO THE CAR. I ASKED MY DISPATCH TO CONTACT THAT PARISH AND SEE WHAT KIND OF INFORMATION THEY COULD GIVE US SUCH AS, PRIOR ARRESTS OR MENTAL STATUS. THAT PARISH ADVISED US THEY HAD NO ARREST HISTORY. THEY STATED THAT THEY WOULD SEND SOMEONE TO THE ADDRESS GIVEN, TO SEE IF THEY SUBJECT HAD ANY FAMILY THAT COULD HELP US IN FINDING OUT WHAT WAS GOING ON WITH HIM.

DEPUTY DINKINS WAS THE FIRST TO ARRIVE AROUND 17:31 HRS. I INSTRUCTED HIM NOT TO APPROACH UNTIL PROPER BACK-UP ARRIVED. A FEW MOMENTS LATER, CPL. HUNADY ARRIVED ON SCENE WITH HIS TRAINEE, VON BERGEN. DEPUTY HARVILLE, SGT. LUSK, AND DEPUTY MIDDLETON ARRIVED. CPL. GARNER AND MYSELF ARRIVED SHORTLY BEFORE THE SHOOTING OCCURRED. I PARKED MY PATROL UNIT 15-13 IN THE PASSING LANE. IT WAS SEVERAL VEHICLES DOWN FROM THE LOCATION. MY CAMERA WAS ANGLED TO GET A VIEW OF THE SUBJECTS VEHICLE IN THE DITCH. IT WAS RECORDING ALONG WITH AUDIO. I DO NOT HAVE A BODY WORN CAMERA. AS I APPROACHED I COULD HEAR DEPUTIES SHOUTING COMMANDS BUT COULD NOT HEAR WHAT THESE COMMANDS WERE. I COULD SEE SEVERAL DEPUTIES USING A FIRE TRUCK AS COVER. BEFORE I COULD GET UP TO THE LOCATION I SAW THE SUBJECT GET OUT OF HIS CAR FROM THE PASSENGER SIDE. I COULD SEE THAT HIS HANDS HAD SOMETHING WRAPPED AROUND THEM. THE SUBJECT WAS POINTING IT AT THE DEPUTIES IN A FASHION AS IF HE WAS CONCEALING A WEAPON. AT THIS POINT, THE COMMANDS BECAME LOUDER BUT THE SUBJECT WAS NOT COMPLYING AND WAS CHARGING THE DEPUTIES. AT THAT POINT I HEARD AT LEAST 3 SHOTS FIRED FROM A RIFLE. I WENT AROUND THE PASSENGER SIDE OF THE FIRE TRUCK AND SAW THE SUBJECT LYING FACE DOWN ON THE PAVEMENT. HE WAS QUICKLY CHECKED FOR WEAPONS AND HANDCUFFED. HE WAS ROLLED OVER ONTO HIS BACK. THE DEPUTIES CLEARED THE CAR AND I STAYED WITH THE SUBJECT.

AFTER CLEARING THE CAR WE BEGAN LIFE SAVING MEASURES ON THE SUBJECT ALONG WITH PARAMEDICS. CPL. HUNADY PLACED A TOURNIQUET ON THE SUBJECTS RIGHT LEG. HE HAD THREE OBVIOUS WOUNDS. ONE WOUND WAS TO THE UPPER RIGHT LEG AND TWO IN THE LOWER ABDOMEN. PARAMEDICS ALONG WITH THE DEPUTIES KEPT PERFORMING LIFE SAVING TREATMENT ON THE SUBJECT UNTIL AN AIR UNIT ARRIVED AND SHIPPED THE SUBJECT OFF TO USA MEDICAL IN MOBILE. AT THAT POINT, I HAD EVERYONE STOP DOING ANY OTHER INVESTIGATIVE PERFORMANCES. WE TURNED EVERYTHING OVER TO THE MAJOR CRIMES UNIT TO HANDLE AND WE GAVE VOLUNTARY VERBAL STATEMENTS TO INVESTIGATORS. EVERYTHING I WITNESSED OF SQUAD FOUR WAS DONE VERY PROFESSIONALLY AND WITH DUE REGARD OF THE SUBJECTS WELL BEING AND THAT OF THE PUBLIC.

RESPECTFULLY,

SGT. BENJAMIN G. BURKE III

BALDWIN COUNTY SHERIFF'S OFFICE

SQUAD FOUR




# Baldwin County Sheriff's Office
# Criminal Investigation Division

PO Box 2199 Robertsdale, AL 36567
251-972-8589

May 13, 2017

On May 12, 2017 I was traveling north on County Road 64 near the Wilcox Community of Robertsdale, Alabama when an assist call was dispatched on I10 near the 60-mile marker. Baldwin County Communications relayed that a subject wrecked along the east bound lanes and was believed drunk and irrational. A few moments later dispatch announced the subject in the car was covered with blood, had a weapon in his lap and on scene responders were requesting immediate help (10-17). Dispatch stated the subjected moved from the front of the vehicle to the rear passenger area of the vehicle.

When I arrived on scene Deputy Von Bergen pointed me to a fire truck near a wrecked BMW vehicle. The BMW was on the north side of the east bound lanes along the edge of the wood line. Corporal Hunady, Deputies Dinkins and Harville were at the front of a fire truck parked in the inside lane. Corporal Hunady was covering the vehicle with his patrol rifle behind the cover of the truck. To the east of him was a medic who was using a van as cover from the BMW.

Corporal Hunady told me he tried to make verbal communication with the subject in the vehicle, letting him know we were there to help. He said the window was partially down and after he began speaking the subject rolled the window up. Hunady said he could not see inside the vehicle. I looked and could not see inside the vehicle either. The rear windows were tinted and the vehicle was covered with mud and debris. Deputy Middleton arrived and he and I were going to the north side of the BMW to cover that side and see if we could observe inside the vehicle from the higher ground.

Middleton was retrieving his shotgun when I heard a witness driving an ICE truck say, "he's got a gun" or something to that effect. I then saw a white male exiting the BMW with something in his hands. Middleton and I then moved back towards the fire truck and as we were moving the male had his hands covered with some type of cloth or clothing and pushed his hands and arms out like one would to point a pistol. He pointed towards all deputies there and began moving towards Hunady. His posture was threatening and it appeared he had a gun wrapped or similar wrapped in the clothing. As I continued moving to the fire truck the male directed the weapon back to Hunady and advanced his speed. The whole time I could hear Hunady giving him numerous commands, yet the subject continued pointing and advancing towards Hunady. On at least one occasion the subject "punched out" as if he was trying to shoot.

As I got closer, the subject continued towards Hunady he went out of my line of site due to the fire truck. I heard four shots and as I continued around the truck, I saw the male on the ground near the front of the fire truck. Deputy Harville and I placed him in cuffs until he was searched for weapons. Corporal Hunady, Dinkins and Middleton checked the BMW. Medical personnel were immediately called to assist. Deputies and medics began rendering aid until the subject was transported. Corporal Hunady applied his tourniquet to the right thigh near the hip of the subject just above a gaping gunshot wound. I noticed a penetrating wound in his pelvic area and another to his right hand/wrist area that was not penetrating.

While on scene I also placed number markers 1 through 5 on four shell casings and the items the subject had wrapped around his hands and wrist. The items were circled in orange paint by Trooper Eubanks prior to me placing a marker on them and were also additionally marked with orange gloves. When other supervisors arrived, I briefed them on what had transpired. The investigation was turned over to the Baldwin County Major Crimes Task Force and I provided an initial statement to Lieutenant Bill Cowan.

Sergeant Nathan Lusk
Baldwin County Sheriff's Office


# Baldwin County Sheriff's Office

310 Hand Ave. Bay Minette, Al 36507
Office (251)937-0202



Case Number: 17-1860

From: Deputy Erik Von Bergen

Date: May 13, 2017

On May 12, 2017 I, Deputy Erik Von Bergen, responded as a backing unit riding with Cpl Hunady to Interstate 10 near the 59 mile marker for a noncompliant male possibly intoxicated. In route we were notified that the individual inside the vehicle was resistant to the medical responders trying to provide medical attention to the individual, also stating that the individual in the vehicle could be armed. Upon approach we met Deputy Zach Dinkins who was standing by about a half-mile from the vehicle until Cpl Hunady and myself arrived to assist. As we approached the vehicle Cpl Hunady advised me to stay back behind his patrol car and observe as him and Deputy Zach Dinkins acquired their Rifles to approach the vehicle. As they approached Cpl Hunady and Deputy Dinkins took cover behind a fire truck to get eyes on the individual. Shortly after Sgt Nathan Lusk arrived 1-2 minutes after they made the approach to the fire truck to assist. Cpl Hunady started to ID himself to the individual on approach as the Baldwin County Sheriffs Office and to step out the vehicle with their hands up. Shortly after Deputy Andrew Harville arrived at the scene and approached the fire truck to provide cover as well. Cpl Hunady during this process continually advised the individual in the vehicle to step out with their hands up. A minute later the individual stepped out of the vehicle concealing a black object in his hands with his arms pressed out. The individual began to approach the fire truck with a his hands together with his arms pressed out with what looked like a black bag or shirt around his hands. Cpl Hunady continually told the individual to drop what he had in his hands as he did this the individual started scanning all the other officers pointing his hand pressed out at them. Cpl Hunady gave verbal commands to the individual to stay back as well all while Cpl Hunady was backing up at the time . The individual started to rush Cpl Huanady and went out of my line of sight. After that I heard four shots. After that I positioned myself to see the suspect down, Deputy Andrew Harville advised me to put caution tape up and keep any civilians out of the scene.

Deputy Erik Von Bergen

*[signature]*



# Baldwin County Sheriff's Office

310 Hand Ave. Bay Minette, Al 36507
Office (251)937-0202



Case Number: 17-1860

From: Deputy Daniel Middleton

Date: May 13, 2017

    On May 12, 2017 I, Deputy Daniel Middleton, responded as a backing unit to Interstate 10 near the 59 mile marker for a noncompliant male possibly intoxicated. While en route dispatch advised that the male was possibly armed and acting irrational with fire and medical persons and would not exit the vehicle. Upon my arrival I observed a gray BMW crossover in the ditch located on the north side of the east bound lane of the interstate. Sergeant Nathan Lusk advised he was going to attempt to gain a better visual by flanking the vehicle from the north side. I advised Sergeant Lusk that I would assist and went back to my patrol unit to retrieve my service shot gun. Once at my vehicle I heard other Deputy's advising that the male was exiting the vehicle, I turned to see the male standing near the open door of the vehicle with something in his hand pointing towards the Deputy's position. I ran back closer to him taking cover on the south side of a fire truck located adjacent to the males vehicle, I attempted to gain a visual from under the fire truck. While moving into position I heard several voice commands advising the male to drop what was in his hand. I was unable to gain a clear visual and moved to the front of the fire truck, Corporal Matt Hunady was located in the same area. I positioned myself off to the side and behind Corporal Hunady using the fire truck as cover, as the male came back into view I again observed that male holding something that appeared to be wrapped around his (Right) hand after several more verbal commands from Corporal Hunady the male made an advancement towards Corporal Hunady and I in a threating manor. Corporal Hunady moved between me and the male firing about four rounds from his rifle, striking the male. I attempted to shift for a clear shot and once a clear shot was obtained the male was down and the item was no longer in his hand. The male was detained and the vehicle was subsequently cleared. The medical personnel started working him. Corporal Hunady assisted the medical personnel and handed his rifle off to Corporal Garner. I took possession of Corporal Hunady's rifle securing it in his vehicle. I then placed four orange gloves near the spent rifle casings that were in view marking the evidence.

    A short time later I spoke with the witness Donald Wayne Alumbaugh that had originally contacted the suspect. Mr. Alumbaugh stated that he could not write and asked if his wife could write the statement. I advised Mr. Alumbaugh that would be fine. Once Mrs. Alumbaugh completed the statement I read the statement back to Mr. Alumbaugh he agreed all of the information was correct. I turned the statement over to Sergeant Bookout and the statement was later turned over to the Major Crime Scene Task Force.

Deputy Daniel Middleton

 

# Baldwin County Sheriff's Office

310 Hand Ave. Bay Minette, Al 36507
Office (251)937-0202

**Case Number:** 17-1860

**From:** Cpl John Garner

**Date:** May 13, 2017

On May 12, 2017 I, Cpl J Garner, responded as a backing unit to Interstate 10 near the 59 mile marker for a noncompliant male possibly intoxicated. While en route dispatch advised that the male was possibly armed and acting irrational with fire and medical personnel on scene and would not exit the vehicle. Upon my arrival I observed a gray vehicle in the ditch located on the north side of the east bound lane of the interstate with a white male standing between the vehicle and the roadway. I exited my vehicle and saw that the male had his hands extended in front of him and appeared to be pointing a weapon toward deputies who were positioned near the front of a fire truck. The subject had his hands or the item in his hands covered with something so I was unable to see the weapon. As I was approaching down the center of the roadway there was a Redi Ice truck that was stopped in the right lane. The driver was taking a video of the incident on a cell phone and I heard him say the man had a gun. As I passed the ice truck I heard 4 shots fired. When I made it to the front of the fire truck the subject was on the ground being handcuffed. Medics on scene immediately started working on the subject. Cpl Hunady started assisting the medical personnel and handed his rifle off to me. I then handed the rifle to Deputy Middleton who secured it in Cpl Hunady's vehicle. The Major Crime Scene Task Force responded to the scene to investigate the incident.

*Cpl John Garner*

Cpl John Garner


# Baldwin County Sheriff's Office

310 Hand Ave. Bay Minette, Al 36507
Office (251)937-0202


Case Number: 17-1860

From: Zachary Dinkins B89

Date: May 13, 2017

    On May 12, 2017 at Approximately 5:17 PM I received a call for a Medical assist in the East bound lane I-10, unknown mile marker. I was advised by dispatch that there was a possibly intoxicated male that had barricaded himself inside his vehicle after it had left the roadway and crashed. I started in route from Baldwin Beach express and County Road 38. I arrived near the scene first, and was advised by my supervisor B26 to stay back from the scene until another Deputy arrived due to recent information about the man having a weapon on him. It was unknown at the time what the weapon was. Approximately 5 minutes elapsed, at that time Corporal Matthew Hunady arrived on scene with me and we proceeded to the vehicle. I parked my vehicle to the left of Corporal Hunady's vehicle. We both exited our vehicle and retrieved our duty issued Ruger AR-15's. Immediately after retrieving our AR's we proceeded towards a volunteer fire truck that was parked in the left lane directly across from the vehicle that the male individual was in. The vehicle the male was in was a gray in color BMW SUV. Corporal Hunady approached the front right tire of the fire truck and was able to clearly see the vehicle the male was in but was not able to see inside it due to the tint being too dark on the vehicle. I stood directly to the Corporal's right side with my AR as well. Immediately after we arrived at that point, Corporal made several attempts to speak to the individual inside the vehicle. I could faintly see the male inside the vehicle shaking his head "no" every time Corporal asked him to step out so we could talk to him and get him the help he needs. At one point he even rolled down the passenger side window to better hear Corporal but soon after rolled it back up.

    Shortly after Corporal's first attempts at getting the individual outside of the vehicle, Sergeant Nathan Lusk arrived on scene to assist. immediately after he arrived on scene Deputy Andrew Harville also arrived to assist. At this point myself and Sergeant Lusk took an vantage point at the back left side of the fire truck. At this vantage point I could see the entire vehicle from its back right side. Approximately three to five minutes elapsed when Sergeant Lusk advised me he was going to make an attempt at walking up the embankment to try and see into the vehicle better, because at this point we did not know where the individual was inside the vehicle, due to Corporal Hunady advising that he had left the front driver seat and went to the back of the vehicle. At this point I was by myself at the back of the fire truck still, when I heard Corporal Hunady saying that he was back in the front seat again. The entire time Deputy Harville was directly to my right laying in the prone position on the ground in an attempt to see the individual from the view under the fire truck. I adopted this position and went to the ground. Immediately upon my making it to the ground Corporal Hunady yelled that the individual was exiting the vehicle via the passenger side front door. I witnessed the individual leave the vehicle in an aggressive manner, kicking the door open and jumped out into the water that was surrounding his stuck vehicle. He at this point he had what appeared to be a blue in color polyester bag wrapped around his right hand, he was holding the bag in a manner that would constitute him having a weapon, or what I believed to be a gun in his hand.

    At this point of the situation Corporal Hunady told the individual multiple times to drop whatever he had in his hands and to get on the ground. He did not comply with any of the commands that were being said. he then started to walk towards Corporal in an aggressive manner still wielding what he had in his hands, Corporal again multiple times told him the same commands as before, he still did not comply and made several more aggressive advances towards Corporal Hunady. He then stopped once more and pointed his hands with the bag wrapped around them at myself and everyone else at the immediate scene and then bolted towards Corporal Hunady, I then heard Corporal yell stop! stop! don't do it and then four shots were fired and the individual was struck with three of the bullets from Corporal's AR-15. We immediately advanced towards him and placed him into handcuffs and started life supporting medical care to his gunshot wounds. He was struck in the femur area of one of his legs, and directly above that in his lower stomach area. He also sustained a wound to his hand, Corporal Hunady applied a tourniquet to the leg that sustained the femur wound. Dispatch was advised of shots fired, the individual was down and all deputies were ok. Medical team started working on him to sustain his life. An air medivac was called and he was subsequently transported to USA medical in Mobile for further evaluation. Shortly after the major crimes unit was called in to take over the scene and investigate further into the circumstances of the shooting.

                                                                                     *signature*