# EXHIBIT 7

| Record # | 374-17-11742A | Name | Victor, Jonathan |
|---|---|---|---|
| Transport Type | Trauma : Trauma/Injury/Abnormalities | Name AKA | Victor, Jonathan |

## Patient Medical History

### Complaints

| Chief Complaint | Traumatic Arrest from GSW. Organ System: Cardiovascular. Anatomic Location: General/Global. |
|---|---|

### Symptoms

| Primary Symptom | Hypovolemic shock |
|---|---|

### History of Present Illness/Injury

Air Care was called to respond by Paramedic Crossland with Medstar EMS. Air Care was utilized for advanced level of care and rapid air transport to Level 1 trauma center. Paramedic Crossland reported this 35 year old male was shot three times by law enforcement during an altercation. Law enforcement advised he was struck three times by a 223 rifle including two to the right pelvic area and once to the right leg/thigh area. EMS treatment PTA included dressing/bandages to the wounds sites and a CAT tourniquet applied to the upper right leg. An IV was established as charted and he was orally intubated with a #7.0 ETT at 25 cm at the lips. SMR was also applied with C-Collar, LSB, CID, and straps.

Air Care arrived to find the patient secured on a LSB as charted. Pulse check revealed he was pulseless with PEA on the monitor. Full exam as charted. CPR was initiated and treatment as per log. He was transported to USAMC Level 1 trauma center in Mobile, Al. Air transport was 15 min vs near 60 min by ground. On arrival at USAMC he was delivered to the Trauma Room with care/report to Dr. Ding at bedside. Dr. Ding and trauma team confirmed proper ETT placement, but it was noted the patient had lost a pulse at time of care transfer.

### Past History

| Incident: | Incident occurred on the side of I-10. County of Incident: Baldwin. |
|---|---|
| Medication Allergies | Unknown |
| Medical History | Unknown |

### Prior To Arrival

#### Procedures (PTA)

| Airway Management | Assessment reveals: Failure to Protect Airway, Failure to Ventilate. Patient prepared for Oral intubation. Procedure performed by EMS Provider. ET Tube - Cuffed 7.0 placed. Placement verified with: Appropriate Breath Sounds, Direct Visualization, Receiving MD, Suction Device, Verification of ETT after movement, Waveform Capnography. Secured via ET Tube Holder. |
|---|---|
| Intravenous Therapy | 20G Left Arm IV initiated by EMS Provider. Dressing: Dressing intact. NS. WO. |

### Treatments, Interventions and Assessments

| Record # | 374-17-11742A | Name | Victor, Jonathan |
|---|---|---|---|
| Transport Type | Trauma : Trauma/Injury/Abnormalities | Name AKA | Victor, Jonathan |

## Procedures

| | |
|---|---|
| Advanced Cardiac Life Support | ACLS#1: Treatment: CPR. Performed by Chad Jones [RN]. Prior To Transport. Started 18:09 CDT May 12, 2017, ended 18:11 CDT May 12, 2017. Return of Spontaneous Circulation. |
| Invasive Lines Management | 18:13:28 CDT May 12, 2017 15 Gauge 45mm EZ-IO placed in Left tibia Secured: Yes. Blood return: Yes. Infuses well: Yes. by Kenny Hanak [PM]. NS. |
| NG/OG Tube | 18:35 CDT May 12, 2017 18 Fr Oral-gastric Tube placed by Kenny Hanak [PM]. |

## Physical Exams

| | |
|---|---|
| Neuro | Patient Mentation: Unconscious, Unresponsive. Recall: Positive Loss of consciousness. Left pupil Dilated [Sluggish], Right pupil Dilated [Sluggish]. Movement: Flaccid. |
| Skin | Appearance: Dusky, Pale. Peripheral Temperature: Cool. Central Temperature: Cool. Moisture: Dry. Capillary Refill: More than 2 seconds [Delayed]. |
| HEENT | No visible trauma, normocephalic, airway clear, No bleeding or discharge from ears, nose and mouth |
| Neck | Immobilization: Backboard, C-Collar, CID, Head Blocks. Trachea deviation: None. Trachea mid-line. |
| Chest | Trauma: no external evidence of trauma or abnormality. Breathing: Assisted [BVM]. Breath Sounds: Left clear, Right decreased. Symmetry: Normal |
| Cardiac | Perfusion: 0 - Absent, Capillary refill > 2 seconds. Monitored Rhythm: Pulseless Electrical Activity. |
| Abdominal | LUQ: Soft. RUQ: Soft. LLQ: Soft. RLQ: Soft. |
| Pelvis | Penetrating located Anterior Pelvis [Two gunshot wounds to anterior pelvis]. |
| GU | No external evidence of trauma or abnormality. |
| Back | No external evidence of trauma or abnormality. [Reported exit GSW to posterior right leg, but dressing in place and bleeding controlled. No other posterior wounds noted.] |
| Extremities | Penetrating located Leg [Gunshot Wound to mid-upper right leg. Note: bandaging and CAT tourniquest in place. Distal pulse absent.]. |

## Fluid I/O

| Fluid | PTA | Enroute | Total |
|---|---|---|---|
| IVF | 600 | 1,500 | 2,100 |
| Blood | | | |
| Urine | | | |
| Emesis/NG | | | |
| EBL | 300 | | 300 |

IVF=NS

## Labs

| Date/Time | Lab Set | Comment | |
|---|---|---|---|
| 05/12 18:25 CDT | Chem 7 | | |

| Lab | Value | PTA | POC | i-STAT Number |
|---|---|---|---|---|
| Glu | 150 mg/dl | Yes | No | |