# EXHIBIT 8



# ALABAMA
# DEPARTMENT OF FORENSIC SCIENCES

2026 Valleydale Road   Telephone (205) 982-9292
Hoover, AL 35244-2095   Facsimile (205) 403-2025

# TOXICOLOGICAL ANALYSIS REPORT

**Eugene L. Hart, MD**
**Alabama Department of Forensic Sciences**
**P. O. Box 7925 Crichton Station**
**2451 Fillingim Street**
**Mobile, AL 36670-7925**

ADFS Case Number   17ME01343
Agency Case Number
Case Date   05/13/2017
Date Completed   07/18/2017
Report ID   120055385

**Subject**   Victor, Jonathan David

**Evidence analyzed (Including sub-items)**

| Item | Specimen | Analyte | Result | Method(s) | Notes |
|---|---|---|---|---|---|
| 1J1-1J2 | Blood, cardiac | Ibuprofen | P | GC/MS | 45 |
| 1J1-1J2 | Blood, cardiac | Ketamine | P | GC/MS | 45 |
| 1J1-1J2 | Blood, cardiac | Norketamine | P | GC/MS | |
| 1J3 | Blood, cardiac | | NA | | |
| 1J4 | Vitreous humor | | NA | | |
| 1K1 | Blood, hospital | Ethanol | Negative | HS/GC | |
| 1K1 | Blood, hospital | Other drugs | ND | EIA | |

**Footnotes**

| | |
|---|---|
| NA - | Not analyzed/Not applicable |
| ND - | None detected |
| P - | Present but not quantified |
| 45 - | As of the date of this report, quantitative analysis for this analyte is not available from this laboratory. Should quantitative analysis be required, please contact the laboratory. |

**Comments**

Evidence was received in sealed plastic bags.

*Remaining evidence will be disposed 24 months from the date of this report unless storage space becomes limited or alternate arrangements are made prior thereto.*



ONE DEPARTMENT • ONE GOAL • EXCELLENCE
ASCLD/LAB Accredited Laboratory System
*Legacy Program 2003-2013*
*International Program 2013-Present*

Customer Satisfaction
Surveys are available at
www.adfs.alabama.gov

Page 1 of 2

07/10/2017

Kristen Ellis
Forensic Scientist