# EXHIBIT 10

**MED-TRANS**
AIR MEDICAL TRANSPORT

*Return Service Requested*

P11
Jonathan D. Victor
714 Carmenere Dr
Kenner, LA 70065-1110

We recognize the financial difficulty unexpected medical problems can cause. It is our goal to serve you with compassion, courtesy, respect and confidentiality. We are available 6 days a week to help you obtain medical benefits. We participate in a number of federal, state, and other assistance programs. These programs are designed to assist you in resolving your financial obligations for our emergency services.

If you are having difficulty paying your account balance, it is important that you call us at **866-234-8201**. We have Spanish speaking staff available Monday - Friday (8am-5pm CST).

## Payment Options:

In addition to traditional mail payment method we offer:

### Online Bill Payment:

We offer convenient and secure online bill payment at:
https://paportal.amgh.us/mtc
Through this link you will have the ability to:
- View or pay account balance
- View patient payment history
- Review and/or print billing forms

### Telephone Payment:

Payment by credit card over the phone
- Monday-Friday (8 am - 7 pm CST).
- Saturday (9 am - 6 pm CST).

### Discounts and Payment Plans:

- Prompt pay discounts and payment plans for underinsured and uninsured.
- Payment plans available for patient co-pay balances.

## Assistance:

- **Financial Hardship:** Assist patient in completing our hardship application based on the federal poverty guidelines.
- **Medicaid:** Assist patient in applying for Medicaid.
- **Crime Victims Funds:** Assist patient in applying for Crime Victim funds.

---

### Safeguard Yourself and Your Family's future:

Give yourself peace of mind. Even with medical insurance, an air medical transport can leave you with unexpected out-of-pocket expenses, burdening your finances and family. Safeguard your future, empower yourself and your family to focus on recovery during an air medical transport emergency by becoming a member.



*As a member, you will have **NO OUT-OF-POCKET EXPENSES** if you are transported by an AMCN Provider. Join or renew today at:

**www.joinmedtrans.com or call 1-800-793-0010**

* Must be a member at the time of transport to qualify for benefits



P.O. Box 708  
West Plains, MO 65775

patientaccounts@amgh.us  
Phone: (877) 288-5340  
Fax: (417) 255-2312

Return Service Requested



Federal Tax ID: 45-0439149  
Date Printed: 05/15/2017

P11

**Jonathan Victor**  
714 Carmenere Dr  
Kenner, LA 70065-1110

**Patient Name:** Jonathan Victor  
**Call Number:** 3741711742A-  
**Date Of Call:** 05/12/2017  
**Base:** M145-*Med-Trans Corp. Medstar Air Care  
**From Location:** LZ off I-10  
Robertsdale, AL 36567  
**To Location:** University S Al Hosp-Mobile Al  
Mobile, AL 36617

| DESCRIPTION OF CHARGES | HCPC | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| Base Rate Rotor Wing Alabama | A0431 | 1.0 | 25150.00 | 25150.00 |
| Loaded Miles- RW | A0436 | 36.0 | 269.00 | 9684.00 |
| Ventilator Use / Monitoring | 94002 | 1.0 | 486.88 | 486.88 |
| Oxygen and Oxygen Supplies | A0422 | 1.0 | 762.11 | 762.11 |
| Disposable Supplies | A0398 | 1.0 | 270.28 | 270.28 |
| Tranexamic 1unit/1gm | J3490 | 1.0 | 139.61 | 139.61 |
| Levophed 1unit/infusion | J3490 | 1.0 | 49.70 | 49.70 |
| IV Drug Therapy Supplies | A0394 | 1.0 | 553.48 | 553.48 |
| Epinephrine (1:1000) | J0171 | 10.0 | 2.29 | 22.90 |
| IV Push | 96374 | 1.0 | 221.64 | 221.64 |
| Ketamine 1unit/100mg | J3490 | 1.0 | 31.91 | 31.91 |
| IV Push (New drug) | 96375 | 1.0 | 221.64 | 221.64 |
| EKG Monitoring 3 Leads | 93041 | 1.0 | 109.71 | 109.71 |

**TOTAL CHARGES:** $37,703.86

### A NOTE FROM YOUR ACCOUNT REPRESENTATIVE:

I hope this note finds things going well since your transport. I am responsible for obtaining any applicable insurance or Medicaid coverage, or assisting you in applying for Medicaid if you have not already done so. Enclosed you will find our privacy notice and some forms that need to be signed and returned. Please call 1-877-288-5340 to speak with your representative and update your account with the requested information. Also, feel free to call me anytime with any questions, concerns or to update me on how things are going.

