# EXHIBIT 11

**Middleton Body Cam**
**(Video Conventionally Filed)**