# EXHIBIT 12

Citizen Video
(Video Conventionally Filed)