# EXHIBIT M

**Interview with EMTs Crossland & Felks
(Audio Conventionally Filed)**