# EXHIBIT 14

Press Conference with MCU Members
(Video Conventionally Filed)