# EXHIBIT 15

**EMTs 911 Call Audio**
**(Audio Conventionally Filed)**