IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DONNA CHISESI, AS INDEPENDENT ADMINISTRATRIX OF THE ESTATE OF JONATHAN VICTOR, DECEASED,**  )<br><br>   Plaintiff   )<br>   )<br>v.   )<br>   )<br>**MATTHEW HUNADY,**   )<br>   )<br>   Defendants.   ) | CASE NO.: 1:19-cv-00221-C |

**JOINT NOTICE OF MEDIATION**

COME NOW the Parties and hereby respectfully file this Joint Notice of Mediation pursuant to the Court's request of June 16, 2025, and state the following:

1. Pursuant to the Superseding Rule 16(b) Scheduling Order (Doc. 59), this Honorable Court, has ordered the Parties to disclose their 26(a)(3) Pretrial Disclosures are due to be exchanged on or before June 20, 2025. Further pursuant to this Scheduling Order, the discovery cut-off is July 3, 2025.

2. Mediation is scheduled before Judge M. J. John Ott for Wednesday, June 18, 2025, in Birmingham, Alabama.

3. Plaintiff has also scheduled depositions in this matter for next upcoming week.

4. Due to the mediation and depositions, the parties are seeking a telephone conference with this Honorable Court this week after the mediation (if unsuccessful) in

order to seek a continuance on the Rule 26(a)(3) disclosures and to discuss the Pretrial schedule.

Respectfully submitted this the16th day of June 2025.

**s/ J. Samuel Tenenbaum**
J. Samuel Tenenbaum (2808315)
for Plaintiff
Bluhm Legal Clinic
Northwestern Pritzker School of Law
750 N. Lake Shore Drive, 8th Floor
Chicago, IL 60611-3069
Telephone: 312-503-4808
s-tenenbaum@law.northwestern.edu

**/s/ J. Randall McNeill**
J. Randall McNeill (ASB-4841-E29J)
Fred L. Clements, Jr. (ASB-5682-R39C)
Counsel for Defendant
Webb McNeill Frawley PC
PO Box 238
Montgomery, AL 36104
Telephone: 334-262-1850
rmcneill@wmwfirm.com

**s/Henry H. Brewster**
Henry Brewster (BREWH7737)
Henry Brewster, LLC
205 N. Conception Street
Mobile, AL 36603
Telephone: 251-338-0630
hbrewster@brewsterlaw.net