# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DONNA CHISESI, AS INDEPENDENT ADMINISTRATRIX OF THE ESTATE OF JONATHAN VICTOR, DECEASED,** ) ) ) ) | |
| Plaintiff ) | CASE NO.: 1:19-cv-00221-C |
| ) | |
| v. ) ) | NO OBJECTION- UNOPPOSED |
| **MATTHEW HUNADY, in his individual capacity, as a Baldwin County, Alabama, Sheriff's Deputy, and HUEY HOSS MACK, in his individual capacity, as the Sheriff of Baldwin County, Alabama** ) ) ) ) ) ) ) | |
| Defendants. ) | |

## SUPPLEMENTAL DEFENDANT'S EXHIBIT LIST

COMES NOW, Defendant Matthew Hunady, and pursuant to Rule 26(3)(A)(iii) of the Federal Rules of Civil Procedure and this Court's Pretrial Order, hereby respectfully files this Exhibit List as follows:

**A.    Exhibits that are expected to be offered:**

1. Baldwin County Sheriff's Office's Call History.

2. Hunady's Body-cam video.

3. Hunady's Dashcam video.

4. Cellphone Video of Jorge Gutierrez (without audio).

5. Cellphone Video of Findley (without audio).

6. 911 Recordings – Shooting I10 5 15 20.

7. 911 Recordings – Shooting I10 5 15 21.

8. 911 Recordings – Shooting I10 5 15 50.

9. 911 Recordings – Shooting I10 5 20 00.

10. 911 Recordings – Shooting I10 5 22 39.

11. 911 Recordings – Shooting I10 5 23 42.

12. 911 Recordings – Shooting I10 5 24 56.

13. 911 Recordings – Shooting I10 5 43 24.

14. 911 Calls Transcript.

15. Autopsy Report.

16. Autopsy Photograph of Victor's Left Arm.

17. Photograph of Victor's Right Arm.

18. DSC_0061 – Photograph of CPR

19. DSC_0081 – Photograph Right Arm of Victor being held.

20. DSC_0071 – Photograph Left Arm of Victor with blood.

21. DSC_0070 – Photograph Left Arm checking for Pulse.

22. Road Map of Baldwin County.

23. Scene Diagrams (bates no. 000007-000012).

24. Screenshot of Victor Outside of Vehicle

25. DSC_0056 – Photograph of Passenger Side of Victor's Vehicle.

26. DSC_0039 – Photograph of Far View of Victor's Vehicle.

27. DSC_0035 – Photograph of Traffic and Emergency Vehicles.

28. 0N1A1318 – Photograph of Victor's Vehicle Door Open.

29. DSC_0107 – Photograph of Shell Casings.

30. 0N1A1334 – Photograph of Vehicle Tire Marks.

31. 0N1A1330 – Photograph of Far View showing Ambulance and Victor's Vehicle.

32. DSC_0103 – Photograph of Mud Tracks.

33. 0N1A1333 – Photograph of Far View of Tire Tracks.

34. Photograph of Interior Driver's Side – 0N1A1434

35. Photograph of Interior Driver's Side – 0N1A1435

36. Photograph of Side of Driver's Seat – 0N1A1436

37. Photograph of Floor Mat – 0N1A1438

38. Photograph of Driver's Seat and Wallet – 0NA1488

39. Gutierrez Cellphone Videos 1 (IMG0656, IMG 0657, IMG 0658).

40. Composite Video of Synchronized Bodycam, Dashcam, and Cellphone Videos.

**B.    Exhibits that may be offered if the need arises:**

1. Harville Dashcam Video.

2. Gutierrez Cellphone Video 2 (IMG 3689).

3. Translations from Gutierrez Video.

4. Cellphone Video of Jorge Gutierrez (with audio).

5. Cellphone Video of Findley (with audio).

6. Synchronized Videos.

7. DSC_0046 – Photograph Front of Victor's Vehicle in Trees.

8. DSC_0092 – Photograph Close Up of Victor's Vehicle in Trees.

9. DSC_0044 – Photograph Front of Victor's Vehicle in Mud and Trees.

10. 0N1A1338 – Photograph of Caution Tape and Victor's Vehicle.

11. DSC_0055 – Photograph of Close Up of Victor's Car Stuck in Mud with Door Open.

12. Photograph of Interior of Vehicle – 0N1A1393

13. Photograph of Steering Wheel – 0N1A1440

14. DSC_0034 – Photograph of View of Scene.

15. Toxicological Analysis Report.

16. Ballistics Report.

17. Photo of round blue pill in backpack (Combined photos pdf, page 148)

18. Photo of items taken from car including backpack contents (Combined photos pdf, pages 149–152)

19. Deposition transcript of Donna Chisesi.

20. Deposition transcript of Huey Hoss Mack.

21. Deposition transcript of Matthew Hunady.

22. Deposition transcript of Ken Katsaris.

23. Deposition transcript of Shane Healey.

24. Deposition Transcript of Judson Beedy.

25. Use of Force Policy.

26. Any deposition exhibits not specifically listed.

27. Any document necessary for rebuttal or impeachment.

28. Any document necessary to refresh recollection.

29. Any document added by amendment and/or discovered through the remaining course of this litigation and trial.

Respectfully submitted this the 23rd day of June 2025.

                              **/s/J. Randall McNeill**
                              J. RANDALL MCNEILL (ASB-4841-E29J)
                              FRED L. CLEMENTS, JR. (ASB-5682-R39C)
                              Attorneys for Defendant Sgt. Matthew Hunady
                              WEBB MCNEILL FRAWLEY PC
                              One Commerce Street, Suite 700 (36104)
                              Post Office Box 238
                              Montgomery, Alabama 36101
                              (334) 262-1850 – T
                              (334) 262-1889 - F
                              rmcneill@wmwfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 23rd day of June 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jack Samuel Tenenbaum
Northwestern Pritzker University School of Law
375 E. Chicago Ave.
Chicago, IL 60611
s-tenenbaum@law.northwestern.edu

Henry Brewster
Henry Brewster, LLC
205 N. Conception Street
Mobile, AL 36603
hbrewster@brewsterlaw.net

                              **/s/J. Randall McNeill**
                              OF COUNSEL