IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DONNA CHISESI, AS INDEPENDENT ADMINISTRATRIX OF THE ESTATE OF JONATHAN VICTOR, DECEASED,** | ) ) ) ) |
| **Plaintiff** | ) CASE NO.: 1:19-cv-00221-C ) |
| v. | ) ) |
| **MATTHEW HUNADY, in his individual capacity, as a Baldwin County, Alabama, Sheriff's Deputy, and HUEY HOSS MACK, in his individual capacity, as the Sheriff of Baldwin County, Alabama** | ) ) ) ) ) ) |
| **Defendants.** | ) ) |

**PLAINTIFF'S EXHIBIT LIST**

COMES NOW, Plaintiff Donna Chisesi, and pursuant to Rule 26(3)(A)(iii) of the Federal Rules of Civil Procedure and this Court's Pretrial Order, hereby respectfully files this Exhibit List as follows:

**A. Exhibits that are expected to be offered:**

1. Baldwin County Sheriff's Office's Call History.

2. Hunady's Body-Cam Video.

3. Hunady's Dashcam Video.

4. Cellphone Video of Jorge Gutierrez (without audio).

5. Cellphone Video of Findley (without audio).

6. 911 Recordings — Shooting 110 5 15 20.

7. 911 Recordings — Shooting 110 5 15 21.

8. 911 Recordings — Shooting 110 5 15 50.

9. 911 Recordings —Shooting 110 5 20 00.

10. 911 Recordings- Shooting 110 5 22 39.

11. 91 1 Recordings- Shooting 110 5 23 42.

12. 911 Recordings —Shooting 110 5 24 56.

13. 911 Recordings —Shooting 110 5 43 24.

14. 911 Calls Transcript.

15. Autopsy Report.

16. Autopsy Photograph of Victor's Left Arm.

17. Photograph of Victor's Right Arm.

18. Transcript of Hunady Body Cam

19. Baldwin County Sheriff's Manual.

20. IMG 8037.JPG

21. IMG 8039.JPG

22. IMG 8042.JPG

23. IMG 8049.JPG

24. IMG 8050.JPG

25. DSC 0061 — Photograph of CPR

26. DSC 0081 — Photograph Right Arm of Victor Being Held.

27. DSC 0071 — Photograph Left Arm of Victor with Blood.

28. DSC 0070 — Photograph Left Arm checking for Pulse.

29. Scene Diagrams (Bates no. 000007-000012).

30. Screenshot of Victor Outside of Vehicle

31. DSC 0056 — Photograph of Passenger Side of Victor's Vehicle.

32. DSC 0039 — Photograph of Far View of Victor's Vehicle.

33. DSC 0035 — Photograph of Traffic and Emergency Vehicles.

34. 0N1A1318 — Photograph of Victor's Vehicle Door Open.

35. ONIA1334 — Photograph of Vehicle Tire Marks.

36. ONIA1330 – Photograph of Far View Showing Ambulance and Victor's Vehicle.

37. DSC 0103 — Photograph of Mud Tracks.

38. ONIA1333 — Photograph of Far View of Tire Tracks.

39. Photograph of Interior Driver's Side — ONI A 1434

40. Photograph of Interior Driver's Side — ONI Al 435

41. Photograph of Side of Driver's Seat — ONIA1436

42. Photograph of Floor Mat — ONIA1438

43. Photograph of Driver's Seat and Wallet —ONIA1488

44. Harville Dashcam Video

45. Fire Report Summary

46. Major Crimes Unit Report, Part II

47. Captain Beedy's Deposition

48. Major Crimes Unit Report, Part I

49. Plaintiff's Expert Katsaris' Deposition

50. Defendants' Expert Healey's Report

51. Major Crimes Unit Medical Report

52. Toxicology Report

53. Plaintiff's Expert Katsaris' Report

54. Jonathan's Medical Bills

55. Deputy Middleton's Body-cam Video (Conventionally Filed)

56. Civilian Cellphone Video (Conventionally Filed)

57. Audio of Interview with EMTs Crossland and Felks (Conventionally Filed)

58. Video of Major Crimes Unit Press Conference (Conventionally Filed)

59. EMTs' 911 Call Audio (Conventionally Filed).

**B. Exhibits may be offered if the need arises:**

1. Enhanced Videos and Screenshots.

2. DSC 0046 — Photograph Front of Victor's Vehicle in Trees.

3. DSC_0092 — Photograph Close Up of Victor's Vehicle in Trees.

4. DSC 0044 — Photograph Front of Victor's Vehicle in Mud and Trees.

5. ONIA1338 — Photograph of Caution Tape and Victor's Vehicle.

6. DSC 0055 — Photograph of Close Up of Victor's Car Stuck in Mud with Door Open.

7. Photograph of Interior of Vehicle — ONI A 1393

8. Photograph of Steering Wheel — ONI Al 440

9. DSC 0034 — Photograph of View of Scene.

10. Ballistics Report.

11. Photo of Items Taken from Car, Including Backpack Contents (Combined Photos pdf, pages 149—152)

12. Deposition Transcript of Donna Chisesi.

13. Deposition Transcript of Huey Hoss Mack.

14. Deposition Transcript of Matthew Hunady.

15. Expert Report of Ken Katsaris.

16. Deposition Transcript of Shane Healey.

17. Deposition Transcript of Judson Beedy.

18. Any Documents Utilized by the Plaintiff's Experts.

19. Jonathan's Medical Bills (Plaintiff's Bates No. V000001-V000187)

20. Jonathan's Funeral Cost.

21. Estate Documents & Notice of Claim (Plaintiff's Bats No. V000193-V000206)

22. Jonathan's Medical Images & Videos (o5/12/2017)
.
23. Rosinton Volunteer Fire & Rescue Dept. Facebook.

24. Rosinton Volunteer Fire & Rescue Dept. Report (Plaintiff's Bates No. V000207-V000209)

25. Jonathan's Medical Audio Recordings.

26. AL Dept. of Forensic Sciences Toxicology, Autopsy, Firearms Analysis Reports (Plaintiff's Bates No. V000210-V000223)

27. ALA Law Enforcement Agency & Jonece Dunigan Twitter.

28. Inventory Items.

29. Any Deposition Exhibits Not Specifically Listed.

30. Any Document Necessary for Rebuttal or Impeachment.

31. Any Document Necessary to Refresh Recollection.

32. Any Document Added by Amendment and/or Discovered Through the Remaining Course of this Litigation and Trial.

33. Any Documents Utilized in Connection with Plaintiff's Response to Defendant's Motion for Summary Judgment.


Dated: August 1, 2025                             Respectfully submitted,

                                                  By: /s/ Jack Samuel Tenenbaum
                                                  Jack Samuel Tenenbaum

Northwestern Pritzker School of Law
Blum Legal Clinic
375 East Chicago Avenue, 8th Floor
Chicago, IL  60611-3069
Phone: (312)503-4808
Email:  s-tenenbaum@law.northwestern.edu

## CERTIFICATE OF SERVICE

      I hereby certify that on August 1, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**J. Randall McNeill**
WEBB MCNEILL WALKER PC
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama 36124
(334)262-1850
rmcneill@wmwfirm.com

**Henry Brewster**
Henry Brewster, LLC
205 N. Conception Street
Mobile, AL  36603
hbrewster@brewsterlaw.net

                                              /s/ Jack Samuel Tenenbaum
                                              Jack Samuel Tenenbau