IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DONNA CHISESI, AS INDEPENDENT ADMINISTRATRIX OF THE ESTATE OF JONATHAN VICTOR, DECEASED,** | ) ) ) ) | |
| **Plaintiff** | ) ) | **CASE NO.: 1:19-cv-00221-C** |
| v. | ) ) ) | |
| **MATTHEW HUNADY,** | ) ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S SUPPELEMENTAL STATEMENT OF DAMAGES**

Pursuant to the Court's Order of August 19, 2025, [Doc. 89], the Plaintiff supplements the Parties' Proposed Pretrial Order [Doc. 87] with the following Statement of Damages.

Parties' Statement of Damages

The Plaintiff contends that, if the plaintiff prevails as to liability, she is entitled to an award of lost wages in the approximate amount of $750,000.00 and medical related bills in the amount of $130,000.00. Plaintiff also seeks an award for pain and suffering in the amount of $5,000,000.00. Plaintiff also claims punitive damages in an amount determined by the jury. Defendant disputes that plaintiff is entitled to this type and amount of damages even if plaintiff prevails as to liability.

Respectfully submitted this the 20th day of August, 2025.

/s/ Henry Brewster

One of the Attorneys for Plaintiff Donna Chisesi

J. Samuel Tenenbaum
Clinical Professor of Law
Director Complex Civil Litigation and Investor Protection Center
Bluhm Legal Clinic
Northwestern Pritzker School of Law
375 East Chicago Avenue
Rubloff 863
Chicago, Il. 60611-3069
312.503.4808(w)
312.503.8977(f)
s-tenenbaum@law.northwestern.edu


Henry Brewster, LLC
205 N. Conception Street
Mobile, AL 36603
Telephone: 251-338-0630
hbrewster@brewsterlaw.net