IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DONNA CHISESI as independent Administratrix of the Estate of Jonathan Victor, Deceased,<br><br>     Plaintiff,<br><br>v.<br><br>MATTHEW HUNADY, in his individual capacity,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 1:19-cv-00221-C<br>)<br>)<br>)<br>)<br>)<br>) |

## FINAL JUDGMENT

In accordance with the verdict of the jury entered herein, it is ORDERED and ADJUDGED that JUDGMENT is entered in favor of Defendant, Matthew Hunady, and against Plaintiff, Donna Chisesi as independent Administratrix of the Estate of Jonathan Victor, deceased.

Costs are to be taxed against the Plaintiff.

DONE and ORDERED this the 12th day of September, 2025.

/s/WILLIAM E. CASSADY
UNITED STATES MAGISTRATE JUDGE