AO 133    (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Southern District of Alabama

Donna Chisesi, as independent Administratrix of
the Estate of Jonathan Victor, Deceased,
v.
Matthew Hunady

)
)
)
)
)

Case No.: 1:19-cv-00221-C

## BILL OF COSTS

Judgment having been entered in the above entitled action on  __09/12/2025__  against  __Donna Chisesi__  ,
                                                                                         Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,425.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 7,399.43 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 775.02 |
| Fees for witnesses (itemize on page two) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6,500.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7,341.39 |
| TOTAL    $ | 23,440.84 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

| Declaration |
|---|

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service          ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:    __J. Randall McNeill__

Name of Attorney: J. Randall McNeill

For: _____Matthew Hunady_____          Date: __09/30/2025__
                  *Name of Claiming Party*

| Taxation of Costs |
|---|

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
  *Clerk of Court*                    *Deputy Clerk*                  *Date*

AO 133 (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Expert Shane D. Healey | 4 | 6,500.00 | | | | | $6,500.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $6,500.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

## EXHIBIT "A" – ITEMIZATION OF OTHER COSTS

Fees for trial subpoenas that were necessarily obtained for use in the case of <u>Donna Chisesi, as Admin of the Est. of Jonathan Victor v. Matthew Hunady</u>, United States District Court, Southern District of Alabama, Southern Division, Civil Action No. 1:19-cv-221-C.

Trial Subpoenas

| | |
|---|---|
| Nathan Lusk (1 day at trial) | $40.00 |
| Travel Mileage Reimbursement | $49.70 |
| | |
| Zac Dinkins (1 day at trial) | $40.00 |
| Travel Mileage Reimbursement | $49.70 |
| | |
| Andrew Harville (1 day at trial) | $40.00 |
| Travel Mileage Reimbursement | $49.70 |
| | |
| Jason Felks (1 day at trial) | $40.00 |
| Travel Mileage Reimbursement | $56.70 |
| | |
| Ben Burke (1 day at trial) | $40.00 |
| Travel Mileage Reimbursement | $70.00 |
| | |
| Stephen Crossland (1 day at trial) | $40.00 |
| Travel Mileage Reimbursement | $56.70 |
| | |
| Daniel Middleton (1 day at trial) | $40.00 |
| Travel Mileage Reimbursement | $49.70 |
| | |
| Witness Fees for Depositions/Interviews | $662.20 |
| | |
| Pathologist Interview | $300.00 |
| Montgomery Medical Facility | |
| August 14, 2025 | |
| | |
| Deposition Fee | $462.80 |
| Witness Graciela Zaragoza | |
| July 9, 2025 | |

**TOTAL COSTS FOR TRIAL SUBPOENAS:**          **$1,425.00**



Alabama Department of Forensic Sciences
**MONTGOMERY MEDICAL FACILITY**
8160 AUM Drive
Montgomery, Alabama 36117

Medical Director: Dr. Edward Reedy
Operations Director: Nick Carter
Office:    334.676.5292
Fax:    334.260.8734

## INVOICE

SERVICE FOR
Webb McNeill Frawley PC

BILL TO NAME
Webb McNeill Frawley PC

ADDRESS
One Commerce Street Suite 700

CITY, STATE, ZIP CODE
Montgomery, AL 36104

DATE
08/12/2025

ADFS CASE NUMBER
17ME01343

COURT CASE NUMBER

SERVICE DATE
08/14/2025

| DESCRIPTION | NUMBER OF HOURS | COST PER HOUR ($300/HR) | EXTENDED COST |
|---|---|---|---|
| | 1 | $ 300.00 | $ 300.00 |
| | | | $ 0.00 |
| | | | $ 0.00 |
| | | | $ 0.00 |
| | | | $ 0.00 |
| | | | $ 0.00 |
| Civil Depo with Dr. Edward Reedy | | | $ 0.00 |
| | | | $ 0.00 |
| | | | $ 0.00 |
| | | | $ 0.00 |
| | | | $ 0.00 |
| | | | $ 0.00 |
| | | | $ 0.00 |

Pay this Amount    $ 300.00

Make all checks payable to:  **ADFS FORENSIC SERVICES TRUST FUND**

Cost per hour is set pursuant to Code of Alabama 1975, Section 36-18-8.  A one hour engagement fee is to be paid in advance of the deposition or consultation.  Any time over the initial one hour will be billed subsequent to the deposition or consultation or may be paid at the time of the deposition or consultation.

The fee shall be applied to time spent for any or all of the following:  preparation for trial, testimony, depositions, travel, consultations, and time spent in any additional actions imposed by private lawsuits arising from criminal investigations.

## EXHIBIT "B" -- ITEMIZATION FOR TRANSCRIPTS

Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case of <u>Donna Chisesi, as Admin of the Est. of Jonathan Victor v. Matthew Hunady</u>, United States District Court, Southern District of Alabama, Southern Division, Civil Action No. 1:19-cv-221-C.

AUDIO & TRANSCRIPT OF 911 CALLS
    Taken December 10, 2020
    Veritext, LLC – Southeast Region          $97.75

DEPOSITION TRANSCRIPT OF DONNA CHISESI
    Taken November 23, 2020
    Veritext, LLC – Southeast Region          $470.50

DEPOSITION TRANSCRIPT OF HUEY HOSS MACK
    Taken November 23, 2020
    Veritext, LLC – Southeast Region          $399.85

DEPOSITION TRANSCRIPT OF MATTHEW HUNADY
    Taken December 1, 2020
    Veritext, LLC – Southeast Region          $607.10

DEPOSITION TRANSCRIPT OF SHANE DANIEL HEALEY
    Taken December 3, 2020
    Veritext, LLC – Southeast Region          $593.20

DEPOSITION TRANSCRIPT OF JUDSON BEEDY
    Taken December 17, 2020
    Veritext, LLC – Southeast Region          $257.15

DEPOSITION TRANSCRIPT OF KEN KATSARIS
    Taken January 11, 2021
    The Record Reporting, Inc.          $481.50

DEPOSITION TRANSCRIPT OF BEN BURKE
    Taken June 30, 2025
    ACR Litigation          $371.75

DEPOSITION TRANSCRIPT OF NATHAN LUSK
    Taken June 30, 2025
    ACR Litigation          $248.40

DEPOSITION TRANSCRIPT OF JOHN GARNER
    Taken June 30, 2025
    ACR Litigation          $59.55

DEPOSITION TRANSCRIPT OF ZACHARY DINKINS
    Taken June 26, 2025
    ACR Litigation                               $326.20

DEPOSITION TRANSCRIPT OF DANIEL MIDDLETON
    Taken June 26, 2025
    ACR Litigation                               $272.00

DEPOSITION TRANSCRIPT OF ANDREW HARVILLE
    Taken June 26, 2025
    ACR Litigation                               $231.80

DEPOSITION TRANSCRIPT OF GRACIELA ZARAGOZA
    Taken July 10, 2025
    Eagle Court Reporting                       $1,538.28

DEPOSITION TRANSCRIPT OF STEPHEN CROSSLAND
    Taken July 3, 2025
    ACR Litigation                               $382.20

DEPOSITION TRANSCRIPT OF JASON FELKS
    Taken July 3, 2025
    ACR Litigation                               $223.20

TRANSCRIPT OF BODY CAM
    Taken August 18, 2025
    Eagle Court Reporting                         $399.00

CLIPS/EDITS TO VIDEO DEPOSITION OF ZARAGOZA
    Taken July 10, 2025
    Eagle Court Reporting                         $440.00

**TOTAL COSTS FOR ALL TRANSCRIPTS:**             **$7,399.43**

## Veritext, LLC - Southeast Region

Tel. 877.373.3660 Email: cs-al@veritext.com
Fed. Tax ID: 20-3132569



Bill To:  J. Randall McNeill
Webb & Eley
7475 Halcyon Pointe Drive
Montgomery, AL, 36117-8053

| | |
|---|---|
| Invoice #: | **4695642** |
| Invoice Date: | **12/10/2020** |
| Balance Due: | **$97.75** |

| **Case: Chisesi, Donna v. Hunady, Matthew (4347294)** | **Proceeding Type: Transcription** |
|---|---|

Job #: 4347294   |   Job Date: 11/18/2020   |   Delivery: Normal

Location:

Billing Atty:       J. Randall McNeill

Scheduling Atty:   J. Randall McNeill | Webb & Eley

| **Witness: Audio Transcription - 911 Calls** | **Amount** |
|---|---|
| Audio & Transcription Services | $97.75 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$97.75** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$97.75** |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days.  For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| Invoice #: | **4695642** |
| Invoice Date: | **12/10/2020** |
| Balance Due: | **$97.75** |

75620

## Veritext, LLC - Southeast Region

Tel. 877.373.3660 Email: cs-al@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | J. Randall McNeill | Invoice #: | **4704288** |
|---|---|---|---|
| | Webb & Eley | Invoice Date: | **12/13/2020** |
| | 7475 Halcyon Pointe Drive | Balance Due: | **$870.35** |
| | Montgomery, AL, 36117-8053 | | |

---

**Case: Chisesi, Donna v. Hunady, Matthew, et al. (1:19cv00221C)**    **Proceeding Type: Depositions**

Job #: 4341486   |   Job Date: 11/23/2020   |   Delivery: Normal

| Location: | Birmingham, AL |
|---|---|
| Billing Atty: | J. Randall McNeill |
| Scheduling Atty: | J. Randall McNeill | Webb & Eley |

| **Witness: Donna Chisesi** | **Amount** |
|---|---|
| Transcript Services | $246.50 |
| Professional Attendance | $75.00 |
| Exhibit Management | $1.50 |
| **Witness: Huey Hoss Mack** | **Amount** |
| Transcript Services | $252.35 |
| | **Amount** |
| Veritext Virtual Services | $295.00 |

| Notes: | ak/ Reporter: Shawn Graham | **Invoice Total:** | **$870.35** |
|---|---|---|---|
| | | Payment: | $0.00 |
| | Original: Donna Chisesi | Credit: | $0.00 |
| | Copy: Huey Hoss Mack | Interest: | $0.00 |
| | Thank you! | **Balance Due:** | **$870.35** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

75620

To pay online, go to www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| Invoice #: | **4704288** |
|---|---|
| Invoice Date: | **12/13/2020** |
| Balance Due: | **$870.35** |

## Veritext, LLC - Southeast Region

Tel. 877.373.3660 Email: cs-al@veritext.com
Fed. Tax ID: 20-3132569



Bill To: J. Randall McNeill
Webb & Eley
7475 Halcyon Pointe Drive
Montgomery, AL, 36117-8053

| | |
|---|---|
| Invoice #: | **4717628** |
| Invoice Date: | **12/18/2020** |
| Balance Due: | **$607.10** |

| Case: Chisesi, Donna v. Hunady, Matthew, et al. (1:19cv00221C) | Proceeding Type: Depositions |
|---|---|

Job #: 4343091    |    Job Date: 12/1/2020    |    Delivery: Normal

Location:              Birmingham, AL

Billing Atty:          J. Randall McNeill

Scheduling Atty:    J. Randall McNeill | Webb & Eley

| Witness: Matthew Hunady | Amount |
|---|---|
| Transcript Services | $310.90 |
| Exhibit Management | $1.20 |
| Veritext Virtual Services | $295.00 |

| Notes: Copy Order | Invoice Total: | $607.10 |
|---|---|---|
| Reporter: Lane Butler | Payment: | $0.00 |
| | Credit: | $0.00 |
| Thank you! | Interest: | $0.00 |
| | Balance Due: | $607.10 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| Invoice #: | **4717628** |
| Invoice Date: | **12/18/2020** |
| Balance Due: | **$607.10** |

75620

## Veritext, LLC - Southeast Region

Tel. 877.373.3660 Email: cs-al@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | J. Randall McNeill | Invoice #: | **4723540** |
|---|---|---|---|
| | Webb & Eley | **Invoice Date:** | 12/20/2020 |
| | 7475 Halcyon Pointe Drive | **Balance Due:** | **$593.20** |
| | Montgomery, AL, 36117-8053 | | |

| **Case: Chisesi, Donna  v. Hunady, Matthew (1:19cv00221C)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4358384   |   Job Date: 12/3/2020   |   Delivery: Normal

| Location: | Montgomery, AL |
|---|---|
| Billing Atty: | J. Randall McNeill |
| Scheduling Atty: | J. Randall McNeill | Webb & Eley |

| **Witness: Shane Daniel Healey** | **Amount** |
|---|---|
| Transcript Services | $295.20 |
| Exhibit Management | $3.00 |
| Veritext Virtual Services | $295.00 |

| Notes: | Copy Order | **Invoice Total:** | **$593.20** |
|---|---|---|---|
| | Reporter: Jackie Careathers | **Payment:** | **$0.00** |
| | Thank you! | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$593.20** |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **4723540** |
|---|---|
| **Invoice Date:** | 12/20/2020 |
| **Balance Due:** | **$593.20** |

75620

## Veritext, LLC - Southeast Region

Tel. 877.373.3660 Email: cs-al@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | J. Randall McNeill | | |
|---|---|---|---|
| | Webb & Eley | **Invoice #:** | **4758204** |
| | 7475 Halcyon Pointe Drive | **Invoice Date:** | 1/10/2021 |
| | Montgomery, AL, 36117-8053 | **Balance Due:** | **$257.15** |

| **Case: Chisesi, Donna v. Hunady, Matthew, et al. (1:19CV00221C)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4380211   |   Job Date: 12/17/2020   |   Delivery: Normal

| Location: | Birmingham, AL |
|---|---|
| Billing Atty: | J. Randall McNeill |
| Scheduling Atty: | J Samuel Tenenbaum | Northwestern University Law School |

| **Witness: Judson Beedy** | **Amount** |
|---|---|
| Transcript Services | $257.00 |
| Exhibit Management | $0.15 |

| Notes: | COPY ORDER | **Invoice Total:** | **$257.15** |
|---|---|---|---|
| | Electronic delivery | **Payment:** | **$0.00** |
| | Thank you! | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$257.15** |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **4758204** |
|---|---|
| **Invoice Date:** | 1/10/2021 |
| **Balance Due:** | **$257.15** |

75620

# F T R
### For the Record
COURT REPORTING

For the Record Reporting, Inc.
1500 Mahan Drive, Suite 140
Tallahassee, FL 32308
P.O. Box 12042
Tallahassee, FL 32317
850-222-5491
Tax ID 59-3616998

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/11/2021 | 9809 |

**Bill To**

Webb and Eley, P.C.
J. Randall McNeil, Esquire
P.O. Box 240909
Montgomery, AL 36124

| Job No. | |
|---------|--|

**Job Description**

Donna Chisesi v. Matthew Hunady
Case No.: 1:19-cv-00332-C

| Reporter | J |
|----------|---|

| Quantity / Hours | Item | Description | Rate | Amount |
|------------------|------|-------------|------|--------|
| 107 | O+1 | Deposition of Ken Katsaris taken on 12/18/20 | 4.50 | 481.50 |

| | |
|---|---|
| **Total** | $481.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $481.50 |

DUE UPON RECEIPT. INVOICES WILL ACCRUE INTEREST @ 2% PER MONTH.

**ACR Litigation**
717 Church Street NW
Huntsville, AL 35801
Phone: (877) 478-3376



J. Randall McNeill, Esq.
Webb, McNeill, Walker, P.C.
One Commerce Street
Suite 700
Montgomery, AL 36104

# *Invoice #51420*

| Date | Terms |
|------|-------|
| 07/14/2025 | Due on receipt |

| Depo/Job #43736 on 06/30/2025 | |
|---|---|

| | |
|---|---|
| **Case:** Chisesi v. Hunady | **Shipped On:** 07/14/2025 |
| **Court Docket#:** | **Shipped Via:** Electronic Only |
| **Location:** Henry Brewster, LLC | **Delivery Type:** Normal |
| 205 North Conception Street | **Resource:** Camp, Delia; McLean, Joey; |
| Mobile, AL 36603 | Stephens, Anthony |

| Description | Amount |
|-------------|--------|
| **Ben Burke** | |
| Transcript Copy | $ 315.65 |
| Condensed w/Hyperlinked Exhibits | $ 55.00 |
| Exhibits, Scanned | $ 1.10 |
| | $ 371.75 |
| **Nathan Lusk** | |
| Transcript Copy | $ 191.75 |
| Condensed w/Hyperlinked Exhibits | $ 55.00 |
| Exhibits, Scanned | $ 1.65 |
| | $ 248.40 |
| **John Garner** | |
| Transcript Copy | $ 59.00 |
| Exhibits, Scanned | $ 0.55 |
| | $ 59.55 |

| | Amount Due: | $ 679.70 |
|---|---|---|
| | Paid: | $ 0.00 |

*Electronic Delivery*

| Balance Due: | $ 679.70 |
|---|---|
| Payment Due: | Upon Receipt |

**\*\*\*\*\*PLEASE NOTE NEW MAILING ADDRESS ABOVE!!\*\*\*\***

**Tax ID - 47-3910921**

**Due on receipt. As a reminder, invoices are not contingent upon client payment. If paying by check, please include invoice number. (There will be a $45.00 fee on all returned checks.)**

**YOU MAY NOW PAY ONLINE!**

*Invoice #51420*

**Please use the following secure address to pay your invoice online.  Enter the invoice number and it will prompt you for payment information.**

**www.alservicelink.com/acrlitigation/quickpay**

**ACR Litigation**
717 Church Street NW
Huntsville, AL 35801
Phone: (877) 478-3376



J. Randall McNeill, Esq.
Webb, McNeill, Walker, P.C.
One Commerce Street
Suite 700
Montgomery, AL 36104

# Invoice #51500

| Date | Terms |
|------|-------|
| 07/18/2025 | Due on receipt |

## Depo/Job #43665 on 06/26/2025

| | | |
|---|---|---|
| **Case:** | Chisesi v. Hunady | **Shipped On:** |
| **Court Docket#:** | | **Shipped Via:** Electronic Only |
| **Location:** | Baldwin County, 320 North Hoyle Ave. | **Delivery Type:** Normal |
| | Bay Minette, AL 36507 | **Resource:** McLean, Joey; Powell, Cheryl K.; Stephens, Anthony |

| Description | Amount |
|-------------|--------|
| **Zachary Dinkins** | |
| Transcript Copy | $ 268.45 |
| Condensed w/Hyperlinked Exhibits | $ 55.00 |
| Exhibits, Scanned | $ 2.75 |
| | $ 326.20 |
| **Daniel Middleton** | |
| Transcript Copy | $ 215.35 |
| Condensed w/Hyperlinked Exhibits | $ 55.00 |
| Exhibits, Scanned | $ 1.65 |
| | $ 272.00 |
| **Andrew Harville** | |
| Transcript Copy | $ 174.05 |
| Condensed w/Hyperlinked Exhibits | $ 55.00 |
| Exhibits, Scanned | $ 2.75 |
| | $ 231.80 |

| | |
|---|---|
| Amount Due: | $ 830.00 |
| Paid: | $ 0.00 |
| **Balance Due:** | **$ 830.00** |
| **Payment Due:** | **Upon Receipt** |

*****PLEASE NOTE NEW MAILING ADDRESS ABOVE!!****

Tax ID - 47-3910921

Due on receipt. As a reminder, invoices are not contingent upon client payment.  If paying by check, please include invoice number. (There will be a $45.00 fee on all returned checks.)

# Invoice #51500

**YOU MAY NOW PAY ONLINE!**
**Please use the following secure address to pay your invoice online.  Enter the invoice number and it will prompt you for payment information.**

**www.alservicelink.com/acrlitigation/quickpay**

# INVOICE

1 of 2

**ECR**
EAGLE COURT REPORTING
110 Dauphin Street
Mobile, Alabama 36602

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 35257 | 7/30/2025 | 21252 |
| **Job Date** | **Case No.** | |
| 7/10/2025 | 1:19-CV-00221-C | |
| **Case Name** | | |
| Donna Chisesi v. Matthew Hunady | | |
| **Payment Terms** | | |
| Due upon receipt | | |

J. Randall McNeill
Webb McNeill Walker PC
1 Commerce Street
Suite 700
Montgomery, AL 36104

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Graciela Zaragoza | 50.00 | Pages | @ | 6.930 | 346.50 |
| Mileage reporter mileage | 78.00 | Miles | @ | 0.670 | 52.26 |
| Appearance | 1.00 | | @ | 400.000 | 400.00 |
| Exhibit Upload | 1.00 | | @ | 25.000 | 25.00 |
| Travel Expense Travel time for reporter | 1.40 | Hours | @ | 55.000 | 77.00 |
| Graciela Zaragoza - VIDEO | | | | | |
| Video Set Up/ Two Hours | 1.00 | | @ | 385.000 | 385.00 |
| Video Additional Hour | 1.00 | | @ | 85.000 | 85.00 |
| Video Synchronization | 1.50 | | @ | 45.000 | 67.50 |
| Video Upload | 1.00 | | @ | 25.000 | 25.00 |
| Zoom- Laptop Rental, Affiliate | 1.00 | | @ | 75.000 | 75.00 |
| **TOTAL DUE  >>>** | | | | | **$1,538.26** |

Location of Job  : Greater Taylor Chamber of Commerce
1519 N. Main Street
Taylor, TX 76574
Reference No.   : Ken Owens & Associates

TX rates apply. Affiliate coverage by Ken Owens & Assoc.

**Tax ID:** 45 1687482

*Please detach bottom portion and return with payment.*

J. Randall McNeill
Webb McNeill Walker PC
1 Commerce Street
Suite 700
Montgomery, AL 36104

Job No.    : 21252          BU ID      : ECR
Case No.   : 1:19-CV-00221-C
Case Name  : Donna Chisesi v. Matthew Hunady

Invoice No. : 35257          Invoice Date : 7/30/2025
**Total Due  : $1,538.26**

| **PAYMENT WITH CREDIT CARD** | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To: **Eagle Court Reporting**
**110 Dauphin Street**
**Mobile, AL 36602**

# INVOICE

2 of 2



**EAGLE COURT REPORTING**
110 Dauphin Street
Mobile, Alabama 36602

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 35257 | 7/30/2025 | 21252 |

| Job Date | Case No. | |
|---|---|---|
| 7/10/2025 | 1:19-CV-00221-C | |

| Case Name | | |
|---|---|---|
| Donna Chisesi v. Matthew Hunady | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

J. Randall McNeill
Webb McNeill Walker PC
1 Commerce Street
Suite 700
Montgomery, AL 36104

We appreciate your business!

A 3% processing fee will be assessed on all credit card payments

**Tax ID:** 45 1687482

*Please detach bottom portion and return with payment.*

J. Randall McNeill
Webb McNeill Walker PC
1 Commerce Street
Suite 700
Montgomery, AL 36104

Job No.    : 21252          BU ID    : ECR
Case No.   : 1:19-CV-00221-C
Case Name  : Donna Chisesi v. Matthew Hunady

Invoice No.  : 35257          Invoice Date  : 7/30/2025
**Total Due**  : **$1,538.26**

Remit To: **Eagle Court Reporting**
          **110 Dauphin Street**
          **Mobile, AL 36602**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

**ACR Litigation**
717 Church Street NW
Huntsville, AL 35801
Phone: (877) 478-3376



J. Randall McNeill, Esq.
Webb, McNeill, Walker, P.C.
One Commerce Street
Suite 700
Montgomery, AL 36104

### *Invoice #51640*

| Date | Terms |
|------|-------|
| 08/01/2025 | Due on receipt |

| Depo/Job #43774 on 07/03/2025 | |
|---|---|

| | | | |
|---|---|---|---|
| **Case:** | Chisesi v. Hunady | **Shipped On:** | 08/01/2025 |
| **Court Docket#:** | | **Shipped Via:** | Electronic Only |
| **Location:** | Henry Brewster, LLC | **Delivery Type:** | Normal |
| | 205 North Conception Street | **Resource:** | Dollarhide, Brooke; McLean, Joey; |
| | Mobile, AL 36603 | | Stephens, Anthony |

| Description | Amount |
|-------------|--------|
| **Stephen Crossland** | |
| Transcript Copy | $ 249.20 |
| Condensed w/Hyperlinked Exhibits | $ 55.00 |
| Exhibits, Scanned | $ 3.00 |
| Remote Video Conference (Attendee) | $ 75.00 |
| | $ 382.20 |
| **Jason Felks** | |
| Transcript Copy | $ 165.20 |
| Condensed w/Hyperlinked Exhibits | $ 55.00 |
| Exhibits, Scanned | $ 3.00 |
| | $ 223.20 |

| | |
|---|---|
| Amount Due: | $ 605.40 |
| Paid: | $ 0.00 |

*Electronic Delivery*

| Balance Due: | $ 605.40 |
|---|---|
| Payment Due: | Upon Receipt |

*****PLEASE NOTE NEW MAILING ADDRESS ABOVE!!*****

Tax ID - 47-3910921

Due on receipt. As a reminder, invoices are not contingent upon client payment.  If paying by check, please include invoice number.
(There will be a $45.00 fee on all returned checks.)

YOU MAY NOW PAY ONLINE!
Please use the following secure address to pay your invoice online.  Enter the invoice number and it will prompt you for payment
information.

www.alservicelink.com/acrlitigation/quickpay

*Invoice #51640*

# INVOICE

1 of 1

**ECR**
EAGLE COURT REPORTING
110 Dauphin Street
Mobile, Alabama 36602

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 35524 | 8/18/2025 | 21383 |

| Job Date | Case No. |
|---|---|
| 7/31/2025 | 1:19-CV-00221-C |

| Case Name |
|---|
| Donna Chisesi v. Matthew Hunady |

| Payment Terms |
|---|
| Due upon receipt |

J. Randall McNeill
Webb McNeill Frawley, PC
1 Commerce Street
Suite 700
Montgomery, AL 36104

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Officer Hunady Body Cam | 20.00 | Pages | @ | 3.950 | 79.00 |
| Writing time | 5.00 | | @ | 50.000 | 250.00 |
| Video Upload | 1.00 | | @ | 25.000 | 25.00 |
| Video Synchronization | 1.00 | | @ | 45.000 | 45.00 |
| **TOTAL DUE >>>** | | | | | **$399.00** |

Location of Job    : Mobile, AL

We appreciate your business!

A 3% processing fee will be assessed on all credit card payments

**Tax ID:** 45 1687482

*Please detach bottom portion and return with payment.*

J. Randall McNeill
Webb McNeill Frawley, PC
1 Commerce Street
Suite 700
Montgomery, AL 36104

| | | | |
|---|---|---|---|
| Job No. | : 21383 | BU ID | : ECR |
| Case No. | : 1:19-CV-00221-C | | |
| Case Name | : Donna Chisesi v. Matthew Hunady | | |
| Invoice No. | : 35524 | Invoice Date | : 8/18/2025 |
| **Total Due** | : **$399.00** | | |

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Eagle Court Reporting**
**110 Dauphin Street**
**Mobile, AL 36602**

# INVOICE

1 of 1



**EAGLE COURT REPORTING**
110 Dauphin Street
Mobile, Alabama 36602

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 35734 | 9/17/2025 | 21252 |
| **Job Date** | **Case No.** | |
| 7/10/2025 | 1:19-CV-00221-C | |
| **Case Name** | | |
| Donna Chisesi v. Matthew Hunady | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Joshua A. Willis
Webb McNeill Frawley, PC
1 Commerce Street
Suite 700
Montgomery, AL 36104

---

Graciela Zaragoza- Trial Clips

| Clips / Edits - Video Deposition (DX 10-14) | 8.00 | Hours | @ | 55.000 | 440.00 |
|---|---|---|---|---|---|
| | **TOTAL DUE  >>>** | | | | **$440.00** |

Location of Job   : Greater Taylor Chamber of Commerce
                          1519 N. Main Street
                          Taylor, TX 76574

We appreciate your business!

A 3% processing fee will be assessed on all credit card payments

**Tax ID:** 45 1687482

*Please detach bottom portion and return with payment.*

Joshua A. Willis
Webb McNeill Frawley, PC
1 Commerce Street
Suite 700
Montgomery, AL 36104

Job No.     : 21252            BU ID     : ECR
Case No.    : 1:19-CV-00221-C
Case Name   : Donna Chisesi v. Matthew Hunady

Invoice No.  : 35734           Invoice Date : 9/17/2025
**Total Due**   : **$440.00**

Remit To: **Eagle Court Reporting**
            **110 Dauphin Street**
            **Mobile, AL 36602**

| **PAYMENT WITH CREDIT CARD** | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

**EXHIBIT "C" – ITEMIZATION FOR FEES FOR THE EXEMPLIFICÁTION AND
COPIES OF PAPERS NECESSARILY OBTAINED FOR USE IN THE CASE**

Fees of the copying are necessarily obtained for use in the case of <u>Donna Chisesi, as Admin of the
Est. of Jonathan Victor v. Matthew Hunady</u>, United States District 'Court, Southern District of
Alabama; Southern Division, Civil Action No. 1:19-cv-221-C.

PHOTOCOPIES

46 pages at $0.10 per page
October 13, 2021 In-house photocopies of documents
For use in the defense of this case                                      $4.60

90 pages at $0.10 per page
September 15, 2023 In-house photocopies of documents
For use in the defense of this case                                      $9.00

20 pages at $0.10 per page
April 16, 2024 In-house photocopies of documents
For use in the defense of this case                                      $2.00

38 pages at $0.10 per page
May 7, 2024 In-house photocopies of documents
For use in the defense of this case                                      $3.80

2 pages at $0.10 per page
November 19, 2024 In-house photocopies of documents
For use in the defense of this case                                      $0.20

8 pages at $0.10 per page
January 20, 2025 In-house photocopies of documents
For use in the defense of this case                                      $0.80

20 pages at $0.10 per page
August 28, 2025 In-house photocopies of documents
For use in the defense of this case                                      $2.00

182 pages at $0.10 per page
August 20, 2025 In-house photocopies of documents
For use in the defense of this case                                      $18.20

3000 pages at $0.10 per page
August 19, 2025 In-house photocopies of documents
For use in the defense of this case                                      $300.00

2000 pages at $0.10 per page
August 17, 2025 In-house photocopies of documents

For use in the defense of this case                                          $200.00

50 pages at $0.10 per page
August 14, 2025 In-house photocopies of documents
For use in the defense of this case                                          $5.00

65 pages at $0.10 per page
August 5, 2025 In-house photocopies of documents
For use in the defense of this case                                          $6.50

Trial Boards
August 4, 2025 – Outside Printing
DiscoverEPartners
For use in the defense of this case                                          $222.42

5 pages at $0.10 per page
July 17, 2025 In-house photocopies of documents
For use in the defense of this case                                          $0.50

**TOTAL COSTS FOR ALL COPYING:**                                            **$775.02**

2

# INVOICE

**Discover E Partners**
28 Monroe Street, Suite 100
Montgomery, AL 36104

bert.morris@discoverepartners.com
+1 (334) 263-2511
www.discoverepartners.com



## Webb McNeill Frawley, PC

**Bill to**
Webb McNeill Walker, PC
One Commerce Street, Suite 700
Montgomery, Alabama 36104

**Ship to**
Webb McNeill Walker, PC
One Commerce Street, Suite 700
Montgomery, Alabama 36104

**Invoice details**
Invoice no.: 14494
Terms: Net 30
Invoice date: 07/03/2025
Due date: 08/02/2025

C/M #:: Maps for Randy
Ordered by:: Law Clerk Jameson W.

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|------|--------------------|-------------|-----|------|--------|
| 1. | | **32x40 Color Trial Board** | 32x40 Color Trial Board(With 5 Mil Laminate) | 1 | $125.00 | $125.00 |
| 2. | | **32x40 Color Trial Board** | 32x40 Color Trial Board | 1 | $75.00 | $75.00 |
| 3. | | **Credit Card Fee** | ACH | 1 | $2.20 | $2.20 |

### Ways to pay

BANK

### Note to customer

Tax ID#27-1122079

| | |
|---|---|
| Subtotal | $202.20 |
| Sales tax | $20.22 |
| **Total** | **$222.42** |
| Payment | -$222.42 |
| **Balance due** | **$0.00** |

**Paid in Full**



# SHANE D. HEALEY

1411 Rocky Brook Road, Opelika, AL 36801
(334)319-4577 * shane9702@gmail.com

## Invoice for Services

**September 14th, 2025**

Date(s) of Trial:              September 8th – 12th, 2025

Retaining Firm:            Webb McNeill Walker PC

Lead Attorney:             Mr. Randall McNeill

Firm Contact Information:

| | |
|---|---|
| Address: | One Commerce Street, Suite 700 |
| City, State, Zip: | Montgomery, AL 36104 |
| Phone: | (334)262-1850 |
| E-mail: | rmcneill@wmwfirm.com |
| Case: | Donna Chisesi, as Independent Administratrix of the Estate of Jonathan Victor v. Matthew Hunady, in his individual capacity, as a Baldwin County, Alabama, Sheriff's Deputy, and Huey Hoss Mack, in his individual capacity, as the Sheriff of Baldwin County, Alabama (CASE NO. 1:19-cv-00221-C) |

Please review this invoice for the fees related to trial preparation and testimony in the above styled case. Please forward to the proper entity responsible for remitting payment. Payment is due upon receipt. Please remit payment to:

Shane D. Healey
1411 Rocky Brook Road
Opelika, AL 36801
**Description of services provided:**

| | |
|---|---|
| 1) **Trial Fee (Preperation and first day)** | **$ 2,500.00** |
| 2) **Trial Fee (4 Additional days @ $1,000/day)** | **$ 4,000.00** |
| | **Total  $ 6,500.00** |

## EXHIBIT "D" – ITEMIZATION OF OTHER COSTS

Fees of the mileage, hotels, and meals are necessarily obtained for use in the case of <u>Donna Chisesi, as Admin of the Est. of Jonathan Victor v. Matthew Hunady</u>, United States District Court, Southern District of Alabama, Southern Division, Civil Action No. 1:19-cv-221-C.

MILEAGE (284 at $0.57 per mile)
    Travel Expense for Attorney's travel to Bay Minette, AL
    from Montgomery, AL
    On March 10, 2020                           $163.30

MILEAGE (282 at $0.57 per mile)
    Travel Expense for Attorney's travel to Bay Minette, AL
    from Montgomery, AL
    On June 30, 2020                           $162.15

MILEAGE (282 at $0.57 per mile)
    Travel Expense for Attorney's travel to Bay Minette, AL
    from Montgomery, AL
    On December 1, 2020                      $162.15

MILEAGE (166 at $0.67 per mile)
    Travel Expense for Attorney's travel to Daphne, AL
    from Montgomery, AL
    On July 31, 2024                           $111.22

MILEAGE (38 at $0.67 per mile)
    Travel Expense for Attorney's travel to Daphne, AL
    from Orange Beach, AL
    On August 21, 2024                       $25.46

MILEAGE (178 at $0.67 per mile)
    Travel Expense for Attorney's travel from Daphne, AL
    to Bay Minette, AL to Montgomery, AL
    On August 22, 2024                       $119.26

MILEAGE (284 at $0.70 per mile)
    Travel Expense for Attorney's travel to Bay Minette, AL
    From Montgomery, AL and return travel
    On January 29, 2025                      $198.80

MILEAGE (282 at $0.70 per mile)
    Travel Expense for Attorney's travel to Bay Minette, AL
    From Montgomery, AL and return travel
    On March 12, 2025                       $197.40

MILEAGE (320 at $0.70 per mile)
   Travel Expense for Attorney's travel to Daphne, AL
   From Montgomery, AL and return travel
   On June 1, 2025                                            $224.00

MILEAGE (90 at $0.70 per mile)
   Travel Expense for Attorney's travel Return Travel
   To Birmingham, AL from Montgomery, AL
   On June 17, 2025                                        $90.00

MILEAGE (90 at $0.70 per mile)
   Travel Expense for Attorney's travel Return Travel
   From Birmingham, AL to Montgomery, AL
   On June 18, 2025                                        $90.00

MILEAGE (284 at $0.70 per mile)
   Travel Expense for Attorney's travel to Bay Minette, AL
   From Montgomery, AL and return travel
   On June 23, 2025                                       $198.80

MILEAGE (284 at $0.70 per mile)
   Travel Expense for Attorney's travel to Bay Minette, AL
   From Montgomery, AL and return travel
   On June 26, 2025                                       $198.80

MILEAGE (284 at $0.70 per mile)
   Travel Expense for Attorney's travel to Bay Minette, AL
   From Montgomery, AL and return travel
   On June 30, 2025                                       $198.80

MILEAGE (356 at $0.70 per mile)
   Travel Expense for Attorney's travel to Mobile, AL
   From Montgomery, AL and return travel
   On August 21, 2025                                     $249.20

MILEAGE (110 at $0.70 per mile)
   Travel Expense for Attorney's travel to Mobile, AL
   From Orange Beach, AL and return travel
   On August 21, 2025                                     $77.00

MILEAGE (205 at $0.70 per mile)
   Travel Expense for Attorney's travel from Orange Beach to
   Bay Minette, AL to Montgomery, AL
   On August 22, 2025                                     $143.50

MILEAGE (334 at $0.70 per mile)
    Travel Expense for Attorney's travel to Mobile, AL
    From Montgomery, AL and return travel
    On September 7, 2025 – September 12, 2025        $233.80

| | | |
|---|---|---|
| MILEAGE REIMBURSEMENT | TOTAL | $2,843.64 |

OUT OF TOWN MEALS

| | |
|---|---|
| Meal on December 1, 2020 | $19.79 |
| Meal on December 3, 2020 | $30.85 |
| Meal on August 22, 2024 | $63.60 |
| Meal on March 12, 2025 | $20.00 |
| Meals on June 17, 2025 | $92.57 |
| Meals on June 18, 2025 | $30.34 |
| Meals on September 5, 2025 | $26.54 |
| Meals on September 7, 2025 | $86.11 |
| Meals on September 8, 2025 | $159.60 |
| Meals on September 9, 2025 | $61.96 |
| Meals on September 10, 2025 | $109.55 |
| Meals on September 11, 2025 | $12.57 |

| | | |
|---|---|---|
| MEAL REIMBURSEMENT | TOTAL | $713.48 |

HOTEL

| | |
|---|---|
| Hotel Stay (Fairhope, AL) on August 21, 2024 | $180.03 |
| Hotel Stay (Bay Minette, AL) on March 12, 2025 | $154.06 |
| Hotel Stay (Birmingham, AL) on June 17, 2025 | $192.85 |

Hotel Stay (Mobile, AL) on September 9 – September 12, 2025          $806.35

Hotel Stay (Mobile, AL) on September 9 – September 12, 2025          $817.64

Hotel Stay (Mobile, AL) on September 9 – September 12, 2025          $844.59

Hotel Stay (Mobile, AL) on September 9 – September 12, 2025          $788.75


HOTEL REIMBURSEMENT                     TOTAL      $3,784.27

**TOTAL COSTS FOR ALL MISC:**                      **$7,341.39**

4

Hampton Inn - Fairhope/Mobile, AL Date of Charge: Aug 21, 2024 #Aug 21, 2024
Tax ID :



**23 N Section St, Fairhope 36532 US**
**2519280956**
**MOBFH_Hampton@Hilton.com**

# Guest Folio

Confirmation Number - 55140207

| Primary Guest | | ADDN GUESTS | | Hilton Honors | |
|---|---|---|---|---|---|
| Guest Name | MCNEILL, MARGARET | Randy McNeill | | ⭐ Silver | |
| Address | P. O. BOX 11 | | | 204043747 | |
| City, State, Zip Code | PINE LEVEL AL 36065 | | | | |
| Country | US | | | | |

| Stay Details | | Company Details | | Other Details | |
|---|---|---|---|---|---|
| Check In Date | Aug 21, 2024 | Name | | Bill Number | |
| Check Out Date | Aug 22, 2024 | Tax ID | | Tax/Fee Exemption | NO |
| Room | SXTH - 210 | PO Number | | Tax/Fee Exempt Date | |
| Source | OTHER | Account Name | | Travel Agent | |
| Guests | 1/0 | | | IATA | |
| | | | | Name | |

| Date | Type | Description | Amount |
|---|---|---|---|
| Aug 21, 2024 | Charge | GUEST ROOM | $163.66 |
| Aug 21, 2024 | Tax | RM FAIRHOPE CITY TAX | $9.82 |
| Aug 21, 2024 | Tax | RM STATE TAX | $6.55 |
| Aug 22, 2024 | Payments | VISA-7914 | -$180.03 |

| Summary | |
|---|---|
| Type | Amount |
| GUEST ROOM | $163.66 |
| RM FAIRHOPE CITY TAX | $9.82 |
| RM STATE TAX | $6.55 |
| CREDIT CARD | $180.03 |
| **Folio Balance** | **$0.00** |



**Downtown Tutwiler, AL**
**2021 Park Pl, Birmingham 35203 US**
**2053222100**
**BHMDN_Hampton_Suites@Hilton.com**

## Guest Folio

Confirmation Number - 84865150

### Primary Guest

| | |
|---|---|
| Guest Name | MCNEILL, MARGARET |
| Address | P. O. BOX 11 |
| City, State, Zip Code | PINE LEVEL AL 36065 |
| Country | US |

**ADDN GUESTS**

Randy McNeill

### Hilton Honors

⭐ Gold
204043747

### Stay Details

| | |
|---|---|
| Check In Date | Jun 17, 2025 |
| Check Out Date | Jun 18, 2025 |
| Room | SXQL - 218 |
| Source | OTHER |
| Guests | 1/0 |

### Company Details

| | |
|---|---|
| Name | |
| Tax#/ID# | |
| PO Number | |
| Account Name | |

### Other Details

| | |
|---|---|
| Tax Invoice | |
| Tax/Fee Exemption | NO |
| Tax/Fee Exempt Date | |
| **Travel Agent** | |
| IATA | |
| Name | |

| Date | Type | Description | Amount |
|---|---|---|---|
| Jun 17, 2025 | Charge | PARKING FEE | $38.00 |
| Jun 17, 2025 | Tax | MISC - CITY TAX | $1.52 |
| Jun 17, 2025 | Tax | MISC - COUNTY TAX | $0.76 |
| Jun 17, 2025 | Tax | MISC - STATE TAX | $1.52 |
| Jun 17, 2025 | Charge | GUEST ROOM | $126.00 |
| Jun 17, 2025 | Tax | RM - CITY TAX | $8.19 |
| Jun 17, 2025 | Tax | RM - COUNTY TAX | $2.52 |
| Jun 17, 2025 | Tax | RM - OCCUPANCY TAX | $6.30 |
| Jun 17, 2025 | Tax | RM - STATE TAX | $5.04 |
| Jun 17, 2025 | Fee | TOURISM FEE | $3.00 |
| Jun 18, 2025 | Payments | VISA-7914 | ($192.85) |

| Summary | |
|---|---|
| **Type** | **Amount** |
| GUEST ROOM | $126.00 |
| PARKING FEE | $38.00 |
| MISC - CITY TAX | $1.52 |
| MISC - COUNTY TAX | $0.76 |
| MISC - STATE TAX | $1.52 |
| RM - CITY TAX | $8.19 |
| RM - COUNTY TAX | $2.52 |
| RM - OCCUPANCY TAX | $6.30 |
| RM - STATE TAX | $5.04 |
| TOURISM FEE | $3.00 |
| CREDIT CARD | $192.85 |
| **Folio Balance** | **$0.00** |

| | | |
|---|---|---|
| **Check In Time** | 09:35 PM | Reservations hiltonhotels.com or +1-800-HILTONS |
| **Check Out Time** | 08:46 AM | |

Page1 / 1



|  | 50 | 09-16-25 |
|---|---|---|

| Randy Mcneill<br>Po Box 11<br>Pine-Level AL 36065-0011<br>United States | Folio No. : **94695**<br>A/R Number :<br>Group Code :<br>Company :<br>Membership No. : **PC   406638401**<br>Invoice No. : | Room No. : **317**<br>Arrival : **09-07-25**<br>Departure : **09-12-25**<br>Conf. No. : **40778679**<br>Rate Code : **IDME0**<br>Page No. : **1 of 2** |
|---|---|---|

| Date | Description | Charges | Credits |
|---|---|---|---|
| 09-07-25 | *Accommodation | 134.83 | |
| 09-07-25 | State Room Tax | 5.39 | |
| 09-07-25 | City Room Tax | 13.48 | |
| 09-07-25 | County Room Tax | 2.70 | |
| 09-07-25 | Tourism Assessment | 1.35 | |
| 09-08-25 | -Impulsify Candlewood Cupboa CHECK# 46066336 | 3.30 | |
| 09-08-25 | *Accommodation | 134.83 | |
| 09-08-25 | State Room Tax | 5.39 | |
| 09-08-25 | City Room Tax | 13.48 | |
| 09-08-25 | County Room Tax | 2.70 | |
| 09-08-25 | Tourism Assessment | 1.35 | |
| 09-09-25 | -Impulsify Candlewood Cupboa CHECK# 46073417 | 2.75 | |
| 09-09-25 | *Accommodation | 134.83 | |
| 09-09-25 | State Room Tax | 5.39 | |
| 09-09-25 | City Room Tax | 13.48 | |
| 09-09-25 | County Room Tax | 2.70 | |
| 09-09-25 | Tourism Assessment | 1.35 | |
| 09-10-25 | -Impulsify Candlewood Cupboa CHECK# 46093139 | 3.85 | |
| 09-10-25 | -Impulsify Candlewood Cupboa CHECK# 46109811 | 4.40 | |
| 09-10-25 | *Accommodation | 134.83 | |
| 09-10-25 | State Room Tax | 5.39 | |
| 09-10-25 | City Room Tax | 13.48 | |
| 09-10-25 | County Room Tax | 2.70 | |
| 09-10-25 | Tourism Assessment | 1.35 | |
| 09-11-25 | -Impulsify Candlewood Cupboa CHECK# 46121597 | 3.30 | |



**CANDLEWOOD**

**SUITES**

|  |  | 50 |  | 09-16-25 |
|---|---|---|---|---|

| **Randy Mcneill** | Folio No. | : **94695** | Room No. : | **317** |
|---|---|---|---|---|
| **Po Box 11** | A/R Number | : | Arrival : | **09-07-25** |
| **Pine-Level AL 36065-0011** | Group Code | : | Departure : | **09-12-25** |
| **United States** | Company | : | Conf. No. : | **40778679** |
|  | Membership No. : **PC** | **406638401** | Rate Code : | **IDME0** |
|  | Invoice No. | : | Page No. : | **2 of 2** |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 09-11-25 | *Accommodation | | 134.83 | |
| 09-11-25 | State Room Tax | | 5.39 | |
| 09-11-25 | City Room Tax | | 13.48 | |
| 09-11-25 | County Room Tax | | 2.70 | |
| 09-11-25 | Tourism Assessment | | 1.35 | |
| 09-12-25 | Visa | XXXXXXXXXXXX7914 | | 806.35 |

Thank you for staying with us!  Qualifying points for this stay will automatically be credited to your account.  Please tell us about your stay by writing a review here - www.ihg.com/reviews. We look forward to welcoming you back soon.

| **Total** | **806.35** | **806.35** |
|---|---|---|
| **Balance** | **0.00** | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liablity for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.



|  | 50 |  | 09-16-25 |
|---|---|---|---|

| **Randy Mcneill** | Folio No. | : **94693** | Room No. | : | **308** |
|---|---|---|---|---|---|
| **Po Box 11** | A/R Number | : | Arrival | : | **09-07-25** |
| **Pine-Level AL 36065-0011** | Group Code | : | Departure | : | **09-12-25** |
| **United States** | Company | : | Conf. No. | : | **43118555** |
| | Membership No. : | **PC    406638401** | Rate Code | : | **IDME0** |
| | Invoice No. | : | Page No. | : | **1 of 2** |

| Date | Description | Charges | Credits |
|---|---|---:|---|
| 09-07-25 | *Accommodation | 134.83 | |
| 09-07-25 | State Room Tax | 5.39 | |
| 09-07-25 | City Room Tax | 13.48 | |
| 09-07-25 | County Room Tax | 2.70 | |
| 09-07-25 | Tourism Assessment | 1.35 | |
| 09-08-25 | -Impulsify Candlewood Cupboa CHECK# 46057731 | 3.85 | |
| 09-08-25 | *Accommodation | 134.83 | |
| 09-08-25 | State Room Tax | 5.39 | |
| 09-08-25 | City Room Tax | 13.48 | |
| 09-08-25 | County Room Tax | 2.70 | |
| 09-08-25 | Tourism Assessment | 1.35 | |
| 09-09-25 | -Impulsify Candlewood Cupboa CHECK# 46072703 | 16.24 | |
| 09-09-25 | -Impulsify Candlewood Cupboa CHECK# 46088078 | 8.80 | |
| 09-09-25 | *Accommodation | 134.83 | |
| 09-09-25 | State Room Tax | 5.39 | |
| 09-09-25 | City Room Tax | 13.48 | |
| 09-09-25 | County Room Tax | 2.70 | |
| 09-09-25 | Tourism Assessment | 1.35 | |
| 09-10-25 | *Accommodation | 134.83 | |
| 09-10-25 | State Room Tax | 5.39 | |
| 09-10-25 | City Room Tax | 13.48 | |
| 09-10-25 | County Room Tax | 2.70 | |
| 09-10-25 | Tourism Assessment | 1.35 | |
| 09-11-25 | *Accommodation | 134.83 | |
| 09-11-25 | State Room Tax | 5.39 | |



50                                              09-16-25

| | | |
|---|---|---|
| **Randy Mcneill** | Folio No.        : **94693** | Room No.  : **308** |
| **Po Box 11** | A/R Number   : | Arrival      : **09-07-25** |
| **Pine-Level AL 36065-0011** | Group Code   : | Departure  : **09-12-25** |
| **United States** | Company      : | Conf. No.  : **43118555** |
| | Membership No. : **PC**    **406638401** | Rate Code : **IDME0** |
| | Invoice No.     : | Page No.  : **2 of 2** |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 09-11-25 | City Room Tax | | 13.48 | |
| 09-11-25 | County Room Tax | | 2.70 | |
| 09-11-25 | Tourism Assessment | | 1.35 | |
| 09-12-25 | Visa | XXXXXXXXXXXX7914 | | 817.64 |

**Thank you for staying with us!  Qualifying points for this stay will automatically be credited to
your account.  Please tell us about your stay by writing a review here - www.ihg.com/reviews.
We look forward to welcoming you back soon.**

| | | |
|---|---|---|
| **Total** | **817.64** | **817.64** |
| **Balance** | **0.00** | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liablity for this bill is not waived and agree to be held
personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If
a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.



50                     09-16-25

| | | |
|---|---|---|
| **Randy Mcneill**<br>**Po Box 11**<br>**Pine-Level AL 36065-0011**<br>**United States** | Folio No.         : **94694**<br>A/R Number    :<br>Group Code    :<br>Company        :<br>Membership No. : **PC**    **406638401**<br>Invoice No.       : | Room No. : **307**<br>Arrival        : **09-07-25**<br>Departure   : **09-12-25**<br>Conf. No.  : **21798522**<br>Rate Code : **IDME0**<br>Page No.  : **1 of 2** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 09-07-25 | *Accommodation | 134.83 | |
| 09-07-25 | State Room Tax | 5.39 | |
| 09-07-25 | City Room Tax | 13.48 | |
| 09-07-25 | County Room Tax | 2.70 | |
| 09-07-25 | Tourism Assessment | 1.35 | |
| 09-08-25 | -Impulsify Candlewood Cupboa CHECK# 46045164 | 9.08 | |
| 09-08-25 | *Accommodation | 134.83 | |
| 09-08-25 | State Room Tax | 5.39 | |
| 09-08-25 | City Room Tax | 13.48 | |
| 09-08-25 | County Room Tax | 2.70 | |
| 09-08-25 | Tourism Assessment | 1.35 | |
| 09-09-25 | -Impulsify Candlewood Cupboa CHECK# 46068990 | 17.06 | |
| 09-09-25 | *Accommodation | 134.83 | |
| 09-09-25 | State Room Tax | 5.39 | |
| 09-09-25 | City Room Tax | 13.48 | |
| 09-09-25 | County Room Tax | 2.70 | |
| 09-09-25 | Tourism Assessment | 1.35 | |
| 09-10-25 | -Impulsify Candlewood Cupboa CHECK# 46094966 | 5.50 | |
| 09-10-25 | *Accommodation | 134.83 | |
| 09-10-25 | State Room Tax | 5.39 | |
| 09-10-25 | City Room Tax | 13.48 | |
| 09-10-25 | County Room Tax | 2.70 | |
| 09-10-25 | Tourism Assessment | 1.35 | |
| 09-11-25 | -Impulsify Candlewood Cupboa CHECK# 46120742 | 6.05 | |
| 09-11-25 | -Impulsify Candlewood Cupboa CHECK# 46121588 | 7.70 | |



|  |  | 50 |  | 09-16-25 |

| **Randy Mcneill** | Folio No. | : | **94694** | Room No. : | **307** |
| **Po Box 11** | A/R Number | : | | Arrival | : | **09-07-25** |
| **Pine-Level AL 36065-0011** | Group Code | : | | Departure | : | **09-12-25** |
| **United States** | Company | : | | Conf. No. | : | **21798522** |
| | Membership No. : | **PC** | **406638401** | Rate Code : | **IDME0** |
| | Invoice No. | : | | Page No. | : | **2 of 2** |

| Date | Description | Charges | Credits |
|------|-------------|--------:|--------:|
| 09-11-25 | -Impulsify Candlewood Cupboa CHECK# 46124801 | 3.85 | |
| 09-11-25 | -Impulsify Candlewood Cupboa CHECK# 46137992 | 3.85 | |
| 09-11-25 | *Accommodation | 134.83 | |
| 09-11-25 | State Room Tax | 5.39 | |
| 09-11-25 | City Room Tax | 13.48 | |
| 09-11-25 | County Room Tax | 2.70 | |
| 09-11-25 | Tourism Assessment | 1.35 | |
| 09-12-25 | Visa                XXXXXXXXXXXX7914 | | 841.84 |
| 09-12-25 | -Impulsify Candlewood Cupboa CHECK# 46148094 | 2.75 | |
| 09-12-25 | Visa                XXXXXXXXXXXX7914 | | 2.75 |

**Thank you for staying with us! Qualifying points for this stay will automatically be credited to your account. Please tell us about your stay by writing a review here - www.ihg.com/reviews. We look forward to welcoming you back soon.**

| | **Total** | **844.59** | **844.59** |
| | **Balance** | **0.00** | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liablity for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.



CANDLEWOOD
S U I T E S

|  |  | 50 |  | 09-16-25 |
|---|---|---|---|---|

**Randy Mcneill**
**Po Box 11**
**Pine-Level AL 36065-0011**
**United States**

Folio No.         :  **94686**
A/R Number   :
Group Code    :
Company         :
Membership No. :  **PC      406638401**
Invoice No.     :

Room No.  :  **304**
Arrival        :  **09-07-25**
Departure  :  **09-12-25**
Conf. No.   :  **24546248**
Rate Code  :  **IDME0**
Page No.   :  **1 of 2**

| Date | Description | Charges | Credits |
|------|-------------|--------:|--------:|
| 09-07-25 | *Accommodation | 134.83 | |
| 09-07-25 | State Room Tax | 5.39 | |
| 09-07-25 | City Room Tax | 13.48 | |
| 09-07-25 | County Room Tax | 2.70 | |
| 09-07-25 | Tourism Assessment | 1.35 | |
| 09-08-25 | *Accommodation | 134.83 | |
| 09-08-25 | State Room Tax | 5.39 | |
| 09-08-25 | City Room Tax | 13.48 | |
| 09-08-25 | County Room Tax | 2.70 | |
| 09-08-25 | Tourism Assessment | 1.35 | |
| 09-09-25 | *Accommodation | 134.83 | |
| 09-09-25 | State Room Tax | 5.39 | |
| 09-09-25 | City Room Tax | 13.48 | |
| 09-09-25 | County Room Tax | 2.70 | |
| 09-09-25 | Tourism Assessment | 1.35 | |
| 09-10-25 | *Accommodation | 134.83 | |
| 09-10-25 | State Room Tax | 5.39 | |
| 09-10-25 | City Room Tax | 13.48 | |
| 09-10-25 | County Room Tax | 2.70 | |
| 09-10-25 | Tourism Assessment | 1.35 | |
| 09-11-25 | *Accommodation | 134.83 | |
| 09-11-25 | State Room Tax | 5.39 | |
| 09-11-25 | City Room Tax | 13.48 | |
| 09-11-25 | County Room Tax | 2.70 | |
| 09-11-25 | Tourism Assessment | 1.35 | |



CANDLEWOOD
S U I T E S

50                                        09-16-25

| | | |
|---|---|---|
| **Randy Mcneill** | Folio No.        : **94686** | Room No. : **304** |
| **Po Box 11** | A/R Number   : | Arrival        : **09-07-25** |
| **Pine-Level AL 36065-0011** | Group Code   : | Departure  : **09-12-25** |
| **United States** | Company      : | Conf. No.   : **24546248** |
| | Membership No. : **PC     406638401** | Rate Code : **IDME0** |
| | Invoice No.    : | Page No.   : **2 of 2** |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 09-12-25   Visa | XXXXXXXXXXXX7914 | | | 788.75 |

Thank you for staying with us!  Qualifying points for this stay will automatically be credited to your account.  Please tell us about your stay by writing a review here - www.ihg.com/reviews.  We look forward to welcoming you back soon.

| | | |
|---|---|---|
| **Total** | **788.75** | **788.75** |
| **Balance** | **0.00** | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liablity for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.